NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP          **E-filed 8/31/06**
Scott P. DeVries (SBN 088221)
sdevries@nossaman.com
Elaine M. O'Neil (SBN 142234)
eoneil@nossaman.com
Sophie-Nicole Froelich (SBN 213194)
sfroelich@nossaman.com
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600/Fax: (415) 398-2438

Attorneys for Plaintiff
DONG AH TIRE & RUBBER CO., LTD.,
a Korean corporation

William S. Klein, Esq. (SBN 121792)
wklein@hopkinscarley.com
Robert A. Christopher (State Bar No. 89035)
rchristopher@hopkinscarley.com
Tod C. Gurney (State Bar No. 199813)
tgurney@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
Telephone: (408) 286-9800/ Fax: (408) 998-4790

Attorneys for Defendant and Third-Party Plaintiff
GLASFORMS, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation<br><br>Plaintiff,<br><br>vs.<br><br>GLASFORMS, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED THIRD-PARTY COMPLAINT | Case No: C 06-03359 JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE HEARING AND RELATED F.R.C.P. 26(F) DEADLINES** |

1    Pursuant to Federal Rule of Civil Procedure ("FRCP") 26 and Northern District Civil

2   Local Rules 7-11 and 16-2(e), Plaintiff Dong Ah Tire & Rubber Co. ("Dong Ah"), and defendant

3   Glasforms, Inc. ("Glasforms"), by and through their respective counsel, hereby stipulate as follows:

4    WHEREAS, on May 22, 2006, Dong Ah filed the above-captioned case and this Court

5   issued an Order Setting Initial Case Management Conference ("Initial CMC Order") directing the parties

6   to, among other things, do the following by August 25, 2006;

7    (a)  complete initial disclosures pursuant to FRCP 26,

8    (b)  file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for

9   ADR Conference; and

10    (c)  appear for a case management conference;

11   WHEREAS, on May 25, 2006, Dong Ah moved to have the above-captioned case related to the

12   case titled, *Glasforms, Inc. v. CTG International (North America), Inc., Taishan Fiberglass, Inc., et al.,*

13   Case No. 06-00213-JF (the "Glasforms Case") via an Administrative Motion to Consider Whether Cases

14   Should be Related ("Administrative Motion");

15   WHEREAS, the Court granted Dong Ah's Administrative Motion on June 21, 2006;

16   WHEREAS, the Court has scheduled a case management conference in the Glasforms Case for

17   October 6, 2006 at 10:30 a.m.;

18   WHEREAS, on July 26, 2006, the Court issued an Order (the "July 2006 Order") moving the

19   Case Management Conference to September 1, 2006, and directing the parties to file a Joint Case

20   Management Conference Statement and complete FRCP 26 Initial Disclosures by August 25, 2006;

21   WHEREAS, on July 26, 2006, Glasforms filed a third-party complaint against CTG International

22   (North America), Inc., an Indiana Corporation ("CTG") and Taishan Fiberglass, Inc. ("Taishan"), a

23   corporation organized under the laws of the People's Republic of China, in the above-captioned case;

24   WHEREAS, Glasform's served CTG with the summons and third-party complaint on or about

25   August 11, 2006, but to date, CTG has not answered Glasform's third-party complaint or otherwise

26   appeared in this case;

27   WHEREAS, Glasforms has initiated the process of serving the summons and third-party

28   complaint on Taishan in China, but service has not yet been effected;

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC HEARING AND RELATED F.R.C.P. 26(F) DEADLINES
\\voyager\tgurney\Stip to continue CMC.DOC

WHEREAS, Dong Ah and Glasforms believe that good cause exists for a continuance of the case management conference in this case to October 6, 2006 at 10:30 a.m., the same date and time on which the case management conference in the Glasforms case is scheduled, with the related FRCP deadlines (e.g., initial disclosures and joint case management conference statement) continued accordingly;

WHEREAS, Dong Ah and Glasforms expect that CTG will have answered or otherwise appeared in this case by October 6, 2006; and

WHEREAS, based on the foregoing, Dong Ah and Glasforms, by and through their respective undersigned counsel, hereby agree and stipulate that the Initial Case Management Conference and related dates be continued as follows:

September 15, 2006    Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan. [FRCP 26(f); N.D. ADR L.R. 3-5]

September 29, 2006    Last day to file/serve Joint Case Management Conference Statement and FRCP 26(f) discovery plan report.  [FRCP 16, N.D. L.R. 16-9]

Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of need for ADR Phone Conference. [N.D. L.R. 16-8]

Last day to complete initial FRCP Rule 26(a)(1) disclosures of relevant documents and lists of witnesses or state objections in FRCP Rule 26(f) discovery plan report.  [FRCP 26(a)(1)]

October 6, 2006 at    Initial Case Management Conference
10:30 a.m.    [N.D. L.R. 16-10]

IT IS SO STIPULATED.

Dated: August 24, 2006                    NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: _____/s/_____
               ELAINE M. O'NEIL

Attorneys For Plaintiff,
DONG AH TIRE & RUBBER CO., LTD., A Korean Corporation

/ / /

**SIGNATURES CONTINUED ON NEXT PAGE**

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC HEARING AND RELATED F.R.C.P. 26(F) DEADLINES
\\voyager\tgurney\Stip to continue CMC.DOC

Dated: August 24, 2006                    HOPKINS & CARLEY

                                   By: _____/s/_____
                                          ROBERT A. CHRISTOPHER
                                   Attorneys For Defendant
                                   GLASFORMS, INC.

      Pursuant to Stipulation, IT IS SO ORDERED.

Date: ___8/31/06_____
                                   _____
                                   U.S. DISTRICT COURT JUDGE
                                   JEREMY FOGEL

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC HEARING AND RELATED F.R.C.P. 26(F) DEADLINES
\\voyager\tgurney\Stip to continue CMC.DOC