\*\*E-filed 10/6/06\*\*

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
Scott P. DeVries (SBN 088221)
sdevries@nossaman.com
Elaine M. O'Neil (SBN 142234)
eoneil@nossaman.com
Sophie-Nicole Froelich (SBN 213194)
sfroelich@nossaman.com
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Plaintiff
DONG AH TIRE & RUBBER CO., LTD.,
a Korean corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GLASFORMS, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED ACTIONS | Case No: C 06-03359 JF<br><br>ASSIGNED TO:<br>HON. JEREMY FOGEL<br><br>[~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL OF COUNSEL |

The firm of Howard and Howard and attorneys Michael Wais and John Louisell are hereby relieved as counsel for plaintiff Dong Ah Tire & Rubber Co., Ltd., in this action. Their withdrawal as counsel for plaintiff in this action shall be effective as of the date of this Order. From hereon, all documents, including but not limited to correspondence and pleadings, sent in this matter to counsel for plaintiff Dong Ah Tire & Rubber Co., Ltd. shall be addressed to Scott P. DeVries and Elaine M. O'Neil of Nossaman, Guthner, Knox & Elliott, LLP., 50 California Street, 34th Floor, San Francisco, California 94111.

IT IS SO ORDERED.

Dated:  10/6   , 2006



By: _____
HON. JEREMY FOGEL
DISTRICT COURT JUDGE