**E-filed 8/27/07**

J. Michael Fitzsimmons (SBN 132343)
Lisa Jeong Cummins (SBN 118087)
CAMPBELL, WARBURTON, FITZSIMMONS,
    SMITH, MENDELL & PASTORE
64 West Santa Clara Street
San Jose, CA  95113-1806
(408) 295-7701
(408) 295-1423 fax

Attorneys for Third Party Defendant
CTG INTERNATIONAL (NORTH AMERICA) INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., | CASE NO.   C 06-03359-JF |
| | (Consolidated with Case No. C 06-00213-JF) |
| Plaintiff, | |
| v. | **STIPULATION SETTING PRETRIAL SCHEDULE AND [PROPOSED] ORDER THEREON** |
| GLASFORMS, INC., | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| CTG INTERNATIONAL (NORTH AMERICA) INC.; TAISHAN FIBERGLASS, INC., | |
| Third-Party Defendants. | |
| AND RELATED COUNTERCLAIMS | |

IT IS HEREBY STIPULATED, by and between all parties herein, by and through their respective counsel, and subject to Court approval, that the Pretrial Schedule dates be set as follows:

| **Event** | **Date Set** |
|---|---|
| Fact Discovery Cut-Off | December 15, 2007 |
| Exchange Expert Disclosures/Reports | January 3, 2008 |

| | | |
|---|---|---|
| 1 | Last Day to File Dispositive Motions | January 15, 2008 |
| 2 | Exchange Rebuttal Expert Disclosures/Reports | February 1, 2008 |
| 3 | Expert Discovery Cut-Off | March 3, 2008 |
| 4 | Final Witness Lists | March 3, 2008 |
| 5 | Motions in Limine | March 18, 2008 |
| 6 | Oppositions to Motions in Limine and Trial Briefs | April 2, 2008 |
| 7 | Pretrial Conference | April 25, 2008 |
| 8 | Jury Trial (2 week estimate) | May 2, 2008 |

10   IT IS RESPECTFULLY REQUESTED that the Court issue a Pretrial Scheduling Order
11 conforming to the schedule set forth above based upon this Stipulation of the parties.

13  DATED: August 22, 2007         NOSSAMAN, GUTHNER, KNOX & ELLIOTT,
14                                 LLP

16                                 By:_____/s/_____
17                                      Sophie N. Froelich
                                        Attorneys for Plaintiff,
                                        DONG AH TIRE & RUBBER CO., LTD.
18

19
20  DATED: August 22, 2007         HOPKINS & CARLEY

21
22                                 By:_____/s/_____
                                        Tod C. Gurney
                                        Attorneys for Defendant/Third-Party Plaintiff,
23                                      GLASFORMS, INC.

24
25  //
26  //
27  //
28  //

Stipulation/Order Setting Pretrial Schedule
Case Nos. C 06-03359-JF / C 06-00213-JF         - 2 -

1  //

2

3  DATED: August 22, 2007            CAMPBELL, WARBURTON, FITZSIMMONS,
                                      SMITH, MENDELL & PASTORE

4

5                                     By:_____/s/_____
                                          Lisa Jeong Cummins
6                                         Attorneys for Third-Party Defendant
                                          CTG INTERNATIONAL (NORTH
7                                         AMERICA) INC.

8

9  DATED: August 22, 2007            BAKER & DANIELS, LLP

10

11                                    By:_____/s/_____
                                          David K. Herzog
12                                        April E. Sellers
                                          Attorneys for Third-Party Counterclaimant
13                                        CTG INTERNATIONAL (NORTH
                                          AMERICA) INC.

14

15

16  DATED: August 22, 2007            BAKER & DANIELS, LLP

17

18                                    By:_____/s/_____
                                          David K. Herzog
                                          April E. Sellers
19                                        Attorneys for Third-Party Defendant
                                          TAISHAN FIBERGLASS, INC.

20

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

Stipulation/Order Setting Pretrial Schedule
Case Nos. C 06-03359-JF / C 06-00213-JF            - 3 -

1  //

2  //

3  **<u>ORDER</u>**

4

5  BASED UPON THE ABOVE STIPULATION OF THE PARTIES, the Court hereby adopts

6  the dates set forth in the parties' Stipulation as its Pretrial Scheduling Order for the consolidated

7  cases herein: <u>Dong Ah Tire & Rubber Co. Ltd. v. Glasforms, Inc.</u> (Case No. C 06-03359-JF) and

8  <u>Glasforms v. CTG International (North America) Inc., et al.</u> (Case No. C 06-00213-JF).

9  IT IS SO ORDERED.

10

11  DATED:   8/27/07

12

13  _____

14  JEREMY FOGEL
   United States District Judge

PURSUANT TO GENERAL ORDER 45,

I, Lisa Jeong Cummins, the ECF User transmitting and filing this **STIPULATION SETTING PRETRIAL SCHEDULE AND [PROPOSED] ORDER THEREON**, attest that I have obtained the concurrence of Sophie N. Froelich, Tod C. Gurney, David K. Herzog and April E. Sellers on this filing. I declare the foregoing under the penalty of perjury.

DATED: August 22, 2007         CAMPBELL, WARBURTON, FITZSIMMONS,
                               SMITH, MENDELL & PASTORE


                               By:_____/s/_____
                                  Lisa Jeong Cummins
                                  Attorneys for Third-Party Defendant
                                  CTG INTERNATIONAL (NORTH
                                  AMERICA) INC.