**E-filed 12/20/07**

William S. Klein, Bar No. 121792
Robert A. Christopher, Bar No. 89035
Tod C. Gurney, Bar No. 199813
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Third-Party Plaintiff
GLASFORMS, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>GLASFORMS, INC., a California corporation,<br><br>　　　　　Defendant/Third-Party Plaintiff.<br><br>v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>　　　　　　Third-Party Defendants. | CASE NO. C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION SETTING AMENDED PRETRIAL SCHEDULE AND [PROPOSED] ORDER THEREON** |

This stipulation is entered into between third-party plaintiff Glasforms, Inc. ("Glasforms"), third-party defendant CTG International (North America) Inc. ("CTG"), and third-party defendant Taishan Fiberglass, Inc. ("Taishan"), by and through their respective counsel of record.

**RECITALS**

WHEREAS, by stipulation and order of the Court dated August 27, 2007 (Document 43), the current fact discovery cut-off in these consolidated cases is December 15, 2007;

WHEREAS Glasforms and Plaintiff Dong Ah Tire & Rubber, Co. Ltd. ("Dong Ah") have reached a settlement of Dong Ah's claims against Glasforms and, therefore, Dong Ah is not a necessary signatory to this stipulation;

WHEREAS several depositions remain to be taken and completed in this case, including depositions of Glasforms personnel (some of whom reside in Birmingham, Alabama), the deposition of a CTG employee who is expected to return to California from China in early February, and a Taishan employee who resides in China and who must still obtain the necessary papers from the Chinese government allowing him to travel to California for deposition as per the parties' agreement;

WHEREAS due to witness and counsel unavailability in December and parts of January, in part due to the December holiday season, the parties anticipate needing until February 29, 2008 to complete the above-referenced depositions;

WHEREAS, so that the parties may complete pending fact discovery in this case, including the above-referenced depositions, prior to proceeding to expert disclosures and other pre-trial matters, Glasforms, CTG, and Taishan have agreed to enter into this stipulation to extend the fact discovery cut-off and the remaining pre-trial deadlines approximately two (2) months as described below;

WHEREAS, with respect to the subject of potential new discovery requests not already propounded and necessitated by newly discovered information, the parties agree that they shall each have the same rights going forward that they would otherwise have had if the fact discovery period ended on the original cut-off date of December 15, 2007 (i.e., by entering into this

Stipulation, no party hereto waives any rights they may have to propound such additional discovery pursuant to the agreement of the parties or Court order for good cause);

NOW, THEREFORE IT IS HEREBY AGREED AND STIPULATED by and between Glasforms, CTG, and Taishan, by and through their respective counsel of record, and subject to Court approval, that the Pretrial Schedule previously approved by the Court should be amended and that the trial date and pretrial deadlines be re-set as follows:

| Event | Date Set |
|---|---|
| Cut-Off For Already Pending Fact Discovery | February 29, 2008 |
| Exchange Expert Disclosures/Reports | March 3, 2008 |
| Last Day to File Dispositive Motions | March 17, 2008 |
| Exchange Rebuttal Expert Disclosures/Reports | April 4, 2008 |
| Expert Discovery Cut-Off | May 2, 2008 |
| Final Witness Lists | May 2, 2008 |
| Motions in Limine | May 19, 2008 |
| Oppositions to Motions in Limine and Trial Briefs | June 2, 2008 |
| Pretrial Conference | June 27, 2008 |
| Jury Trial (2 week estimate) | July 7, 2008 |

IT IS RESPECTFULLY REQUESTED that the Court issue an Amended Pretrial Scheduling Order conforming to the schedule set forth above based upon this Stipulation of the parties.

IT IS SO STIPULATED:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: December 18, 2007 | | HOPKINS & CARLEY<br>A Law Corporation |
| | | By: _____/s/_____<br>Robert A. Christopher<br>Tod C. Gurney<br>Attorneys for Defendant/Third-Party Plaintiff GLASFORMS, INC. |
| Dated: December 18, 2007 | | CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL &PASTORE |
| | | By: _____/s/_____<br>J. Michael Fitzsimmons<br>Lisa Jeong Cummins<br>Attorneys for Third Party Defendant CTG INTERNATIONAL (NORTH AMERICA) INC. |
| Dated: December 18, 2007 | | BAKER & DANIELS, LLP |
| | | By: _____/s/_____<br>David K. Herzog<br>April E. Sellers<br>Attorneys for Third-Party Defendant TAISHAN FIBERGLASS, INC. |

IT IS SO ORDERED:

Dated: _____12/20_____, 2007     _____[signature]_____
                                  HONORABLE JEREMY FOGEL

PURSUANT TO GENERAL ORDER NO. 45,

I, Tod C. Gurney, the ECF User transmitting and filing this Stipulation Setting Amended Pretrial Schedule and [Proposed] Order Thereon, attest that I have obtained the concurrence of April Sellers, and Lisa Cummins on this filing.

I declare the foregoing under the penalty of perjury.

Dated: December 18, 2007

HOPKINS & CARLEY
A Law Corporation

By: _____/s/_____
Tod C. Gurney
Attorneys for Third-Party Plaintiff,
GLASFORMS, INC.