William S. Klein, Bar No. 121792
Robert A. Christopher, Bar No. 89035
Tod C. Gurney, Bar No. 199813
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Third-Party Plaintiff
GLASFORMS, INC., a California corporation

*efiled 2/26/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GLASFORMS, INC., a California corporation,<br><br>　　　　　　Defendant/Third-Party Plaintiff.<br><br>　v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>　　　　　　Third-Party Defendants. | CASE NO. C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION SETTING SECOND AMENDED PRETRIAL SCHEDULE AND [~~PROPOSED~~] ORDER THEREON** |

Hopkins & Carley
Attorneys At Law
San Jose

352\572675.2
STIPULATION SETTING SECOND AMENDED PRETRIAL SCHEDULE AND [PROPOSED] ORDER THEREON
CASE NO. C 06-03359 JF

This stipulation is entered into between third-party plaintiff Glasforms, Inc. ("Glasforms"), third-party defendant CTG International (North America) Inc. ("CTG"), and third-party defendant Taishan Fiberglass, Inc. ("Taishan"), by and through their respective counsel of record.

**RECITALS**

WHEREAS, by stipulation and order of the Court dated December 20, 2007 (Document 45), the current fact discovery cut-off in these consolidated cases is February 29, 2008;

WHEREAS Glasforms and Plaintiff Dong Ah Tire & Rubber, Co. Ltd. ("Dong Ah") have reached a settlement of Dong Ah's claims against Glasforms and, therefore, Dong Ah is not a necessary signatory to this stipulation;

WHEREAS some additional documents remain to be produced and several depositions remain to be taken and completed in this case, including the completion of depositions of Glasforms personnel, the deposition of a CTG employee who is expected to return to California from China in mid-March 2008, and a Taishan employee who will travel to California for deposition in late February 2008;

WHEREAS the parties anticipate needing until April 30, 2008 to complete the above-referenced discovery;

WHEREAS, so that the parties may complete pending fact discovery in this case, including the above-referenced depositions, prior to proceeding to expert disclosures and other pre-trial matters, Glasforms, CTG, and Taishan have agreed to enter into this stipulation to further extend the fact discovery cut-off and the remaining pre-trial deadlines approximately two (2) months as described below;

WHEREAS, with respect to the subject of potential new discovery requests not already propounded and necessitated by newly discovered information, the parties agree that they shall each have the same rights going forward that they would otherwise have had if the fact discovery period ended on the original cut-off date in this case of December 15, 2007 (i.e., by entering into this Stipulation, no party hereto waives any rights they may have to propound such additional discovery pursuant to the agreement of the parties or Court order for good cause);

NOW, THEREFORE IT IS HEREBY AGREED AND STIPULATED by and between Glasforms, CTG, and Taishan, by and through their respective counsel of record, and subject to Court approval, that the Pretrial Schedule previously approved by the Court should be amended again and that the trial date and pretrial deadlines be re-set as follows:

| Event | Date Set |
| --- | --- |
| Cut-Off For Already Pending Fact Discovery | April 30, 2008 |
| Exchange Expert Disclosures/Reports | May 5, 2008 |
| Last Day to File Dispositive Motions | May 19, 2008 |
| Exchange Rebuttal Expert Disclosures/Reports | June 6, 2008 |
| Expert Discovery Cut-Off | July 3, 2008 |
| Final Witness Lists | July 3, 2008 |
| Motions in Limine | July 21, 2008 |
| Oppositions to Motions in Limine and Trial Briefs | August 4, 2008 |
| Pretrial Conference | August 29, 2008 |
| Jury Trial (2 week estimate) | September 8, 2008 |

IT IS RESPECTFULLY REQUESTED that the Court issue a Second Amended Pretrial Scheduling Order conforming to the schedule set forth above based upon this Stipulation of the parties.

IT IS SO STIPULATED:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

352\572675.2 - 3 -
STIPULATION SETTING SECOND AMENDED PRETRIAL SCHEDULE AND [PROPOSED] ORDER THEREON
CASE NO. C 06-03359 JF

| | | |
|---|---|---|
| 1 | Dated: February 14, 2008 | HOPKINS & CARLEY<br>A Law Corporation |
| 2 | | |
| 3 | | |
| 4 | | By:_____/s/_____<br>Robert A. Christopher |
| 5 | | Tod C. Gurney<br>Attorneys for Defendant/Third-Party<br>Plaintiff GLASFORMS, INC. |
| 6 | | |
| 7 | Dated: February 14, 2008 | CAMPBELL, WARBURTON,<br>FITZSIMMONS, SMITH, MENDELL<br>&PASTORE |
| 8 | | |
| 9 | | |
| 10 | | By:_____/s/_____<br>J. Michael Fitzsimmons |
| 11 | | Lisa Jeong Cummins<br>Attorneys for Third Party Defendant |
| 12 | | CTG INTERNATIONAL (NORTH<br>AMERICA) INC. |
| 13 | Dated: February 14, 2008 | BAKER & DANIELS, LLP |
| 14 | | |
| 15 | | By:_____/s/_____ |
| 16 | | David K. Herzog<br>April E. Sellers |
| 17 | | Attorneys for Third-Party Defendant<br>TAISHAN FIBERGLASS, INC. |

IT IS SO ORDERED:

Dated: __2/22/08__, ~~2008~~

_____[signature]_____
HONORABLE JEREMY FOGEL

352\572675.2 - 4 -
STIPULATION SETTING SECOND AMENDED PRETRIAL SCHEDULE AND [PROPOSED] ORDER THEREON
CASE NO. C 06-03359 JF

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1 | PURSUANT TO GENERAL ORDER NO. 45,

2 | I, Tod C. Gurney, the ECF User transmitting and filing this Stipulation Setting Second Amended Pretrial Schedule and [Proposed] Order Thereon, attest that I have obtained the concurrence of April Sellers, and Lisa Cummins on this filing.

I declare the foregoing under the penalty of perjury.

Dated: February 14, 2008

HOPKINS & CARLEY
A Law Corporation

By: /s/
Tod C. Gurney
Attorneys for Third-Party Plaintiff,
GLASFORMS, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

352\572675.2
- 5 -
STIPULATION SETTING SECOND AMENDED PRETRIAL SCHEDULE AND [PROPOSED] ORDER THEREON
CASE NO. C 06-03359 JF