| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | J. Michael Fitzsimmons (SBN 132343)<br>Lisa Jeong Cummins (SBN 118087)<br>CAMPBELL, WARBURTON, FITZSIMMONS,<br>  SMITH, MENDELL & PASTORE<br>64 West Santa Clara Street<br>San Jose, CA  95113<br>Telephone:  (408) 295-7701<br>Facsimile:   (408) 295-1423<br>jfitzsimmons@campbellwarburton.com<br>lcummins@campbellwarburton.com |
| 7 | Attorneys for Third-Party Defendant CTG INTERNATIONAL (NORTH AMERICA) INC. |
| 8<br>9<br>10<br>11<br>12 | David K. Herzog<br>April E. Sellers<br>BAKER & DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>Telephone:  (317) 237-0300<br>Facsimile:   (317) 237-1000<br>(*pro hac vice*) |
| 13<br>14 | Attorneys for Third-Party Defendants CTG INTERNATIONAL (N.A.) INC. and TAISHAN FIBERGLASS, INC. |

Filed
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>GLASFORMS, INC., a California corporation,<br><br>            Defendant/Third-Party Plaintiff,<br><br>     v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>            Third-Party Defendants. | CASE NO.  C06-3359 JF<br>(Consolidated With Case No. C06-00213 JF)<br><br>[PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>[Civil Local Rules 7-11 and 79-5(d)] |

This Court, having duly reviewed and considered the administrative motion of Third-Party Defendants CTG INTERNATIONAL (NORTH AMERICA) INC. ("CTGNA") and TAISHAN FIBERGLASS, INC. ("Taishan") to file documents under seal, and good cause appearing, hereby GRANTS the motion in the following particulars:

1. Pursuant to this Court's Protective Order and Civil Local Rule 79-5(d), Third-Party Defendants CTGNA and Taishan may file under seal Exhibits A, B, C, and E, attached to the Declaration of Lisa Jeong Cummins supporting their Motion to Enlarge Time to Conduct Discovery and Serve Expert Disclosures; and,

2. CTGNA and Taishan may file under seal Paragraphs 13, 14, and 17 and the first portion of Paragraph 15 of said Declaration, which discuss and quote from Exhibits A, B, C, and E.

IT IS SO ORDERED.

DATED: 4/9, 2008

HONORABLE JEREMY FOGEL
DISTRICT JUDGE