**E-Filed 04/17/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLASFORMS, INC., a California Corporation,<br><br>　　　　　　Defendant/Third-Party Plaintiff,<br><br>　　v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>　　　　　　Third-Party Defendants | Case Number C 06-3359 JF<br><br>ORDER GRANTING MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY AND SERVE EXPERT DISCLOSURES |

　　This Court, having reviewed and considered the motion of Third-Party Defendants CTG International (North America) Inc. ("CTGNA") and Taishan Fiberglass, Inc. ("Taishan") for an order enlarging the time to conduct discovery and to serve expert disclosures, will grant the motion as set forth below.

Case No. C 06-3359 JF
ORDER GRANTING MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY AND SERVE EXPERT DISCLOSURES
JFEX2

The Second Amended Pretrial Scheduling Order in this case is vacated and a new Pretrial Scheduling Order, applicable to all parties, is issued by the Court as follows:

| **Event** | **Date Set** |
|---|---|
| Fact Discovery Cut-Off | August 29, 2008 |
| Service of Expert Disclosures/Reports | September 8, 2008 |
| Last Day to File Dispositive Motions | September 22, 2008 |
| Exchange Rebuttal Expert Disclosures/Reports | October 10, 2008 |
| Expert Discovery Cut-Off | November 7, 2008 |
| Final Witness Lists | November 7, 2008 |
| Motions in Limine | November 24, 2008 |
| Oppositions to Motions in Limine and Trial Briefs | December 8, 2008 |
| Pretrial Conference | January 9, 2009 |
| Jury Trial (2 week estimate) | January 19, 2009 |

IT IS SO ORDERED.

DATED: April 17, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-3359 JF
ORDER GRANTING MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY AND SERVE EXPERT DISCLOSURES
JFEX2

Copies of Order served on the following persons:

<u>Counsel for Defendant/Third-Party Plaintiff</u>

Robert A. Christopher
Hopkins & Carley, A Law Corporation
rchristopher@hopkinscarley.com

Eugene Ashley
Hopkins & Carley, A Law Corporation
eashley@hopkinscarley.com

Tod C. Gurney
Hopkins & Carley, A Law Corporation
tgurney@hopkinscarley.com

<u>Counsel for Third-Party Defendants</u>

Lisa J. Cummins
Campbell Warburton Fitzsimmons et al
lcummins@campbellwarburton.com

April E. Sellers
Baker & Daniels LLP
april.sellers@bakerd.com

David K. Herzog
Baker & Daniels LLP
david.herzog@bakerd.com