**United States District Court**
For the Northern District of California

**\*E-FILED 8/25/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD.,<br><br>    Plaintiff,<br>v.<br><br>GLASFORMS, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br>v.<br><br>CTG INTERNATIONAL<br>(NORTH AMERICA) INC., et al.,<br><br>    Third-Party Defendants.<br>_____/ | NO. C 06-3359 JF (RS)<br><br>**ORDER DENYING MOTION TO MAINTAIN DOCUMENTS UNDER SEAL** |

The parties have filed numerous administrative motions to file documents under seal. At the oral argument on August 13, 2008, the parties were instructed that all documents filed under seal pursuant to Civil Local Rule 79-5 would be unsealed within ten days unless specifically requested to remain under seal. On August 22, 2008, Taishan filed such a motion, and requests that the following documents remain under seal: (1) its document destruction policy; (2) Glasforms' motion to compel; (3) Glasforms' motion for sanctions; and (4) a letter attached as Ex. Q to the Christopher declaration.

Under Rule 79-5(a), the party seeking to maintain documents under seal must establish "that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." This Taishan has completely failed to do in the entirely conclusory

1

motion and declaration it has filed.  Accordingly, the motion is denied and all documents designated in Taishan's motion shall be maintained unsealed in the public files of this Court.  The administrative motions seeking to file documents under seal are also denied.

    IT IS SO ORDERED.

Dated: 8/25/08

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER DENYING MOTION TO MAINTAIN DOCUMENTS UNDER SEAL
C 06-3359 JF (RS)

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

April E. Sellers     april.sellers@bakerd.com

David K. Herzog     david.herzog@bakerd.com

Eugene Ashley     eashley@hopkinscarley.com, ihernandez@hopkinscarely.com, ihernandez@hopkinscarley.com, jdooley@hopkinscarley.com

Jennifer M. Phelps     jennifer.phelps@bakerd.com, debora.schmid@bakerd.com

Lisa J. Cummins     lcummins@campbellwarburton.com

Noelle Dunn     gcordova@hopkinscarley.com, ndunn@hopkinscarley.com

Robert A. Christopher     rchristopher@hopkinscarley.com, ihernandez@hopkinscarley.com

Sophie N. Froelich     sfroelich@nossaman.com, ntorpey@nossaman.com

Tod C. Gurney     tgurney@hopkinscarley.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/25/08**                                                              **Richard W. Wieking, Clerk**

                                                                                                 **By:     Chambers**

ORDER DENYING MOTION TO MAINTAIN DOCUMENTS UNDER SEAL
C 06-3359 JF (RS)

3