William S. Klein (State Bar No. 121792)
wklein@hopkinscarley.com
Robert A. Christopher (State Bar No. 89035)
rchristopher@hopkinscarley.com
Eugene Ashley (State Bar No. 171885)
eashley@hopkinscarley.com
Noelle R. Dunn (State Bar No. 226913)
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:      (408) 286-9800
Facsimile:       (408) 998-4790

Attorneys for Plaintiff/Defendant/Third Party Plaintiff GLASFORMS, INC., a California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GLASFORMS, INC., a California corporation,<br><br>　　　　　Plaintiff/Defendant/<br>　　　　　Third-Party Plaintiff.<br><br>　v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br>　　　Defendants/Third-Party Defendants. | CASE NO.  C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION TO TOLL LITIGATION ACTIVITY AND COURT-ORDERED DEADLINES PENDING MEDIATION; [PROPOSED] ORDER THEREON** |

634\609459.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF

This stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff Glasforms, Inc. ("Glasforms"), Third-Party Defendant CTG International (North America) Inc. ("CTG"), and Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"), by and through their respective counsel of record.

## RECITALS

WHEREAS, Glasforms, CTG, and Taishan (collectively the "Parties") have agreed to mediate the above-captioned matter before the Honorable Walter P. Capaccioli (Ret.) on December 12, 2008, in San Jose, California;

WHEREAS, to conserve the resources of the Parties and the Court, the parties have agreed to toll all litigation activity and deadlines pending the mediation;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, by and between Glasforms, CTG, and Taishan, through their respective counsel of record, and subject to Court approval, that:

(A) all litigation activity and deadlines shall be tolled effective October 31, 2008, pending the December 12, 2008 mediation; and

(B) CTG and Taishan object to the Magistrate Judge's October 29, 2008 Order Denying Third-Party Defendants' Motions to Compel, And for Sanctions. The parties agree that tolling further litigation activity and deadlines in this case should not in any way prejudice CTG and Taishan's right to assign as error any defects in the Order or to move for reconsideration of that Order pursuant to Local Rule 7-9. Accordingly, the parties respectfully and specifically request that the time within which CTG and Taishan may serve and file their written objections to the Order pursuant to Fed. R. Civ. P. 72(a) and/or their motion for reconsideration pursuant to Local Rule 7-9 be extended to and including December 19, 2008.

IT IS RESPECTFULLY REQUESTED that the Court schedule a status conference on or before December 19, 2008, at which time, failing settlement, all affected deadlines shall be rescheduled as expeditiously as reasonably possible.

IT IS SO STIPULATED:

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\609459.1

- 2 -

STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF

Dated: November 4, 2008             HOPKINS & CARLEY
                                    A Law Corporation

                                    By:      /s/ Noelle R. Dunn
                                        Robert A. Christopher
                                        Eugene Ashley
                                        Noelle R. Dunn
                                        Attorneys for Plaintiff/Defendant/Third-
                                        Party Plaintiff GLASFORMS, INC.

Dated: November 4, 2008             CAMPBELL, WARBURTON,
                                    FITZSIMMONS, SMITH, MENDELL &
                                    PASTORE

                                    By:      /s/ Lisa Jeong Cummins
                                        J. Michael Fitzsimmons
                                        Lisa Jeong Cummins
                                        Attorneys for Third Party Defendant
                                        CTG INTERNATIONAL (NORTH
                                        AMERICA) INC.

Dated: November 4, 2008             BURROW & SHIMANE

                                    By:      /s/ Lance Burrow
                                        Lance Burrow
                                        Attorneys for Third-Party Defendants
                                        TAISHAN FIBERGLASS, INC. and CTG
                                        INTERNATIONAL (NORTH AMERICA)
                                        INC.

IT IS ORDERED that:

(A)   All litigation activity and deadlines are tolled effective October 31, 2008, pending the December 12, 2008 mediation; and

(B)   CTG and Taishan are hereby granted an enlargement of time, to and including December 19, 2008, within which to file and serve any written objections to, and/or motion for reconsideration of, the Magistrate Judge's October 29, 2008 Order Denying Third-Party Defendants' Motions to Compel, And for Sanctions. This enlargement of time is without

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\609459.1

- 3 -

STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF

prejudice to CTG and Taishan's rights to assign as error any defects in that Order or rights to move for reconsideration of that Order.

  (C) The parties shall appear for a status conference on December 19, 2008, at 10:30 a.m. in Department 3 of the above-entitled Court.

Dated:  11/5 , 2008

_____
HONORABLE JEREMY FOGEL
Judge, United States District Court

634\609459.1

- 4 -

STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

PURSUANT TO GENERAL ORDER NO. 45,

I, Noelle R. Dunn, the ECF User transmitting and filing this Stipulation to Toll Litigation Activity and Deadlines Pending Mediation and [Proposed] Order Thereon, attest that I have obtained the concurrence of Lance Burrow and Lisa Cummins on this filing.

I declare the foregoing under the penalty of perjury.

Dated: November 4, 2008                           HOPKINS & CARLEY
                                                  A Law Corporation


                                                  By:_____/s/_____
                                                         Noelle R. Dunn
                                                         Attorneys for Plaintiff/
                                                         Defendant/Third-Party Plaintiff,
                                                         GLASFORMS, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\609459.1

- 5 -

STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF