William S. Klein (State Bar No. 121792)
wklein@hopkinscarley.com
Robert A. Christopher (State Bar No. 89035)
rchristopher@hopkinscarley.com
Eugene Ashley (State Bar No. 171885)
eashley@hopkinscarley.com
Noelle R. Dunn (State Bar No. 226913)
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Plaintiff/Defendant/Third Party Plaintiff GLASFORMS, INC., a California corporation

**E-Filed 12/5/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>GLASFORMS, INC., a California corporation,<br><br>                Plaintiff/Defendant/<br>                Third-Party Plaintiff.<br><br>        v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br>Defendants/Third-Party Defendants. | CASE NO. C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**REVISED STIPULATION TO TOLL LITIGATION ACTIVITY AND COURT-ORDERED DEADLINES PENDING MEDIATION; [PROPOSED] ORDER THEREON** |

634\613135.1

REVISED STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

This revised stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff Glasforms, Inc. ("Glasforms"), Third-Party Defendant CTG International (North America) Inc. ("CTG"), and Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"), by and through their respective counsel of record.

## RECITALS

WHEREAS, Glasforms, CTG, and Taishan (collectively the "Parties") had originally executed a Stipulation to mediate the above-captioned matter before the Honorable Walter P. Capaccioli (Ret.) on December 12, 2008, in San Jose, California;

WHEREAS, the Court on November 5, 2008 had issued an Order based upon said original Stipulation which tolled all litigation activity and deadlines pending the mediation;

WHEREAS, due to an unfortunate miscommunication, CTG's insurance carrier will not be able to participate meaningfully in a mediation on December 12, 2008;

WHEREAS, all parties have agreed to reschedule the mediation before Justice Capaccioli (Ret.) to January 9, 2009;

WHEREAS, to conserve the resources of the Parties and the Court, the parties continue to agree to toll all litigation activity and deadlines pending the rescheduled mediation;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, by and between Glasforms, CTG, and Taishan, through their respective counsel of record, and subject to Court approval, that:

(A) All litigation activity and deadlines shall be tolled effective October 31, 2008, pending the January 9, 2009 mediation; and

(B) CTG and Taishan object to the Magistrate Judge's October 29, 2008 Order Denying Third-Party Defendants' Motions to Compel, And for Sanctions. The parties agree that tolling further litigation activity and deadlines in this case should not in any way prejudice CTG and Taishan's right to assign as error any defects in the Order or to move for reconsideration of that Order pursuant to Local Rule 7-9. Accordingly, the parties respectfully and specifically request that the time within which CTG and Taishan may serve and file their written objections to the

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\613135.1

- 2 -

REVISED STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF

Order pursuant to Fed. R. Civ. P. 72(a) and/or their motion for reconsideration pursuant to Local Rule 7-9 be extended to and including January 16, 2009.

IT IS RESPECTFULLY REQUESTED that the Court vacate the status conference currently scheduled for December 19, 2008, and re-schedule a status conference on or before January 16, 2009, at which time, failing settlement, all affected deadlines shall be rescheduled as expeditiously as reasonably possible.

IT IS SO STIPULATED:

Dated: December 2, 2008

HOPKINS & CARLEY
A Law Corporation


By:   /s/ Noelle R. Dunn
Robert A. Christopher
Eugene Ashley
Noelle R. Dunn
Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC.

Dated: December 2, 2008

CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE


By:   /s/ Lisa Jeong Cummins
J. Michael Fitzsimmons
Lisa Jeong Cummins
Attorneys for Third Party Defendant
CTG INTERNATIONAL (NORTH AMERICA) INC.

Dated: December 2, 2008

BURROW & SHIMANE


By:   /s/ Lance Burrow
Lance Burrow
Attorneys for Third-Party Defendants
TAISHAN FIBERGLASS, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\613135.1

- 3 -

REVISED STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF

IT IS ORDERED that:

(A) All litigation activity and deadlines are tolled effective October 31, 2008, pending the January 9, 2009 mediation; and

(B) CTG and Taishan are hereby granted an enlargement of time, to and including January 16, 2009, within which to file and serve any written objections to, and/or motion for reconsideration of, the Magistrate Judge's October 29, 2008 Order Denying Third-Party Defendants' Motions to Compel, And for Sanctions. This enlargement of time is without prejudice to CTG and Taishan's rights to assign as error any defects in that Order or rights to move for reconsideration of that Order.

(C) The previously scheduled December 9, 2008 status conference is hereby vacated.

(D) The parties shall appear for a status conference on January 16, 2009, at 10:30 a.m. in Department 3 of the above-entitled Court.

Dated: 12/5/08 , 2008

HONORABLE JEREMY FOGEL
Judge, United States District Court

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\613135.1

- 4 -

REVISED STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF

1  PURSUANT TO GENERAL ORDER NO. 45,

2  I, Noelle R. Dunn, the ECF User transmitting and filing this Revised Stipulation to Toll Litigation Activity and Deadlines Pending Mediation and [Proposed] Order Thereon, attest that I have obtained the concurrence of Lisa Jeong Cummins and Lance Burrow on this filing.

I declare the foregoing under the penalty of perjury.

Dated:  December 3, 2008

HOPKINS & CARLEY
A Law Corporation


By:    /s/  Noelle R. Dunn
       Noelle R. Dunn
       Attorneys for Plaintiff/
       Defendant/Third-Party Plaintiff,
       GLASFORMS, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\613135.1

- 5 -

REVISED STIPULATION AND ORDER TO TOLL ACTIVITY
PENDING MEDIATION // CASE NO. C 06-03359 JF