J. Michael Fitzsimmons (SBN 132343)
jfitzsimmons@campbellwarburton.com
Lisa Jeong Cummins (SBN 118087)
lcummins@campbellwarburton.com
CAMPBELL, WARBURTON, FITZSIMMONS,
    SMITH, MENDELL & PASTORE
64 West Santa Clara Street
San Jose, CA  95113-1806
Telephone:    408-295-7701
Facsimile:    408-295-1423

Attorneys for Defendant/Third Party Defendant
CTG INTERNATIONAL (NORTH AMERICA) INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>GLASFORMS, INC., a California Corporation,<br>        Plaintiff/Defendant/<br>        Third-Party Plaintiff,<br><br>  v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>        Defendants/<br>        Third-Party Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | CASE NO.   C 06-03359-JF<br>(Consolidated with Case No. C 06-00213-JF)<br><br>**STIPULATION TO VACATE BOTH THE PRETRIAL CONFERENCE SCHEDULED FOR JANUARY 9, 2009 AND TRIAL DATE OF JANUARY 20, 2009 (JANUARY 19, 2009 BEING COURT HOLIDAY) AND [PROPOSED] ORDER THEREON** |

This Stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff Glasforms, Inc. ("Glasforms"), Third-Party Defendant CTG International (North America) Inc. ("CTG"), and

Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"), by and through their respective counsel of record.

**RECITALS**

WHEREAS, the Pretrial Conference in this matter is presently set for January 9, 2009;

WHEREAS, Trial in this matter is presently scheduled to commence on January 20, 2009 (January 19, 2009 being a Court holiday);

WHEREAS, all parties have agreed to mediate before Justice Walter P. Capaccioli (Retired) on January 9, 2009;

WHEREAS, in view of the pending Mediation on January 9, 2009 all parties have agreed and stipulated that all litigation activity and deadlines have been tolled effective October 31, 2008 effectively rendering all parties unprepared for Trial on January 19, 2009;

WHEREAS, if this matter does not resolve at Mediation on January 9, 2009, all parties are to appear for a Status Conference on January 16, 2009 at 10:30 A.M. in Department 3 at which time all affected deadlines shall be rescheduled as expeditiously as reasonably possible;

WHEREAS, to alleviate any ambiguity and concerns as to surprise, the parties agree that the phrase "all litigation activities and deadlines", includes both the Pretrial Conference and the Trial of this matter;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and between Glasforms, CTG and Taishan, through their respective counsel of record, and subject to Court approval, that:

The Pretrial Conference previously scheduled for January 9, 2009 and the previously scheduled Trial date of January 20, 2009 (January 19, 2009 being a Court holiday) shall be vacated and, failing settlement, will be among the affected deadlines to be rescheduled as expeditiously as reasonably possible at the Status Conference on January 16, 2009.

IT IS RESPECTFULLY REQUESTED that the Court vacate both the Pretrial Conference presently set for January 9, 2009 and the Trial date currently scheduled for January 20, 2009

////

////

1  (January 19, 2009 being a Court holiday).

2      IT IS SO STIPULATED.

3

4  DATED: December 9, 2008      HOPKINS & CARLEY

5

6      By: _____/s/ Robert A. Christopher_____
    Robert A. Christopher
7      Eugene Ashley
    Noelle E. Dunn
8      Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC.

9

10

11  DATED: December 9, 2008      CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE

12

13

14      By: _____/s/ J. Michael Fitzsimmons_____
    J. Michael Fitzsimmons
    Lisa Jeong Cummins
15      Attorneys for Third-Party Defendant
    CTG INTERNATIONAL (NORTH
16      AMERICA) INC.

17

18  DATED: December 9, 2008      BURROW & SHIMANE

19

20      By: _____/s/ Lance Burrow_____
    Lance Burrow
    Attorneys for Third-Party Defendants
21      TAISHAN FIBERGLASS, INC.

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

**ORDER**

IT IS ORDERED THAT:

A. The previously scheduled Pretrial Conference date of January 9, 2009 is hereby vacated; and

B. The previously scheduled Trial date of January 20, 2009 (January 19, 2009 being a Court holiday) is hereby vacated.

Dated: December 10, 2008

_____
HONORABLE JEREMY FOGEL
Judge of the United States District Court

**PURSUANT TO GENERAL ORDER 45,**

I, Lisa Jeong Cummins, the ECF User transmitting and filing this **STIPULATION TO VACATE BOTH THE PRETRIAL CONFERENCE SCHEDULED FOR JANUARY 9, 2009 AND TRIAL DATE OF JANUARY 20, 2009 (JANUARY 19, 2009 BEING A COURT HOLIDAY) AND [PROPOSED] ORDER THEREON**, attest that I have obtained the concurrence of Robert A. Christopher and Lance Burrow on this filing. I declare the foregoing under the penalty of perjury.

DATED: December 9, 2008        CAMPBELL, WARBURTON, FITZSIMMONS,
                                               SMITH, MENDELL & PASTORE


                                       By:_____/s/ Lisa Jeong Cummins_____
                                               Lisa Jeong Cummins
                                               Attorneys for Third-Party Defendant
                                               CTG INTERNATIONAL (NORTH
                                               AMERICA) INC.