**E-Filed 1/27/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLASFORMS, INC., <br><br> Defendant/Third-Party Plaintiff. <br><br> v. <br><br> CTG INTERNATIONAL (NORTH AMERICA) INC., and TAISHAN FIBERGLASS, INC., <br><br> Third-Party Defendants. | Case Number C 06-3359 JF (RS) <br><br> **ORDER[1] OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDER** <br><br> RE: Docket No. 177 |

Third-party Defendants Taishan Fiberglass, Inc. and CTG International, Inc. (collectively, "Defendants") object to the Magistrate Judge's denial of their motions to compel and for sanctions. The Court carefully has reviewed the motion papers and the Magistrate

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 06-3359 JF (RS)
ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDER
(JFLC3)

1  Judge's order with respect to third-party Plaintiff Glasforms' ("Glasforms") duty to preserve
2  evidence and the adequacy of Glasforms' discovery responses.  The Magistrate Judge declined
3  to establish a specific date after which Glasforms was required to preserve evidence in
4  anticipation of the instant litigation, but concluded nonetheless that Glasforms' discovery
5  responses largely were adequate, and that Defendants in any event had waited too long to object
6  to purported inadequacies.  Although the Court shares moving parties' concerns about
7  Glasforms' approach to the preservation and production of evidence potentially relevant to this
8  lawsuit, the Court finds, based on the record, that the Magistrate Judge's conclusions were not
9  clearly erroneous or contrary to law.  *See* Fed. R. Civ. P. 72(a).  Accordingly, Defendants'
10 objections to the Magistrate Judge's order will be overruled.

**IT IS SO ORDERED.**

DATED: 1/26/09

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served electronically upon the following persons:

2  April E. Sellers     april.sellers@bakerd.com

3  David K. Herzog     david.herzog@bakerd.com

4  Eugene Ashley     eashley@hopkinscarley.com, ihernandez@hopkinscarely.com,

5  ihernandez@hopkinscarley.com, jdooley@hopkinscarley.com

6

7  Jennifer M. Phelps     jennifer.phelps@bakerd.com, debora.schmid@bakerd.com

8  Kevin M. Toner     kevin.toner@bakerd.com, judy.ferber@bakerd.com

9  Lisa J. Cummins     lcummins@campbellwarburton.com

10 Noelle Dunn     gcordova@hopkinscarley.com, ndunn@hopkinscarley.com

11
   Robert A. Christopher     rchristopher@hopkinscarley.com, ihernandez@hopkinscarley.com
12
   Sophie N. Froelich     sfroelich@nossaman.com, ntorpey@nossaman.com
13
14 Tod C. Gurney     tgurney@hopkinscarley.com

15 Notice has been delivered by other means to:

16 Glasforms Inc.,
17 William Whitcom Faulkner
   McManis, Faulkner & Morgan
18 50 West San Fernando St., Suite 1000
19 San Jose, CA 95113

20

21

22

23

24

25

26

27

28

3

Case No. C 06-3359 JF (RS)
ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDER
(JFLC3)