William S. Klein (State Bar No. 121792)
wklein@hopkinscarley.com
Robert A. Christopher (State Bar No. 89035)
rchristopher@hopkinscarley.com
Eugene Ashley (State Bar No. 171885)
eashley@hopkinscarley.com
Noelle R. Dunn (State Bar No. 226913)
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff/Defendant/Third Party Plaintiff GLASFORMS, INC., a California corporation

*E-FILED 2/10/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GLASFORMS, INC., a California corporation,<br><br>    Plaintiff/Defendant/<br>    Third-Party Plaintiff.<br><br>v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br>Defendants/Third-Party Defendants. | CASE NO.  C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION TO SCHEDULE FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS; [PROPOSED] ORDER THEREON** |

634\619345.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATION TO SCHEDULE FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS // CASE NO. C 06-03359 JF

This revised stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff Glasforms, Inc. ("Glasforms"), Third-Party Defendant CTG International (North America) Inc. ("CTG"), and Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"), by and through their respective counsel of record.

## RECITALS

### Glasforms' Motion for Sanctions

WHEREAS, a hearing on Glasforms' Motion for Sanctions Due to Taishan's Spoliation of Evidence ("Motion for Sanctions") was held on August 13, 2008;

WHEREAS, the Court on September 19, 2008 issued an Interim Order regarding the Motion for Sanctions which required Glaforms and Taishan to file supplemental briefs by November 3, 2008;

### Glasforms' Motion to Compel

WHEREAS, a hearing on Glasforms' Motion to Compel further Responses by Taishan to Requests for Production of Documents and Things, Sets Four and Five ("Motion to Compel") was held on October 22, 2008;

WHEREAS, the Court ordered Glasforms and Taishan to meet and confer and file a five page supplemental brief, jointly or separately, explaining what remains at issue in the Motion to Compel by November 5, 2008;

### Toll of Litigation Activity

WHEREAS, Glasforms, CTG, and Taishan (collectively the "Parties") executed a stipulation to mediate the above-captioned matter before the Honorable Walter P. Capaccioli (Ret.) on December 12, 2008;

WHEREAS, the Court on November 5, 2008 issued an order based upon said stipulation which tolled all litigation activity and deadlines pending the mediation;

WHEREAS, the Parties agreed to reschedule the mediation to January 9, 2009;

WHEREAS, to conserve the resources of the Parties and the Court, the parties stipulated to continue to toll all litigation activity and deadlines pending the rescheduled mediation;

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\619345.1                              - 2 -
STIPULATION TO SCHEDULE FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS // CASE NO. C 06-03359 JF

WHEREAS, the Court on December 5, 2008 issued an order based upon said stipulation which tolled all litigation activity and deadlines pending the rescheduled mediation;

WHEREAS, the Parties did not reach a settlement at the mediation;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, by and between Glasforms, CTG, and Taishan, through their respective counsel of record, and subject to Court approval, that:

(A) All meet and confer efforts regarding Glasforms' Motion to Compel shall be completed by February 13, 2009;

(B) supplemental brief(s) regarding Glasforms' Motion to Compel shall be filed by each party, jointly or separately, by February 20, 2009; and

(C) supplemental briefs regarding Glasforms' Motion for Sanctions shall be filed by each party by February 27, 2009.

IT IS SO STIPULATED:

Dated: February 9, 2008

HOPKINS & CARLEY
A Law Corporation


By: /s/ Noelle R. Dunn
Robert A. Christopher
Eugene Ashley
Noelle R. Dunn
Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC.

Dated: February 9, 2008

CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE


By: /s/ J. Michael Fitzsimmons
J. Michael Fitzsimmons
Lisa Jeong Cummins
Attorneys for Third Party Defendant CTG INTERNATIONAL (NORTH AMERICA) INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\619345.1

- 3 -

STIPULATION TO SCHEDULE FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS // CASE NO. C 06-03359 JF

| | |
|---|---|
| Dated: February 9, 2008 | BAKER & DANIELS LLP |
| | By: /s/ Kevin M. Toner |
| | David K. Herzog |
| | Kevin M. Toner |
| | April Sellers |
| | Jennifer M. Phelps |
| | Attorneys for Third-Party Defendants TAISHAN FIBERGLASS, INC. and CTG INTERNATIONAL (NORTH AMERICA) INC. |

IT IS ORDERED that:

(A)  All meet and confer efforts regarding Glasforms' Motion to Compel shall be completed by February 13, 2009;

(B)  supplemental brief(s) regarding Glasforms' Motion to Compel shall be filed, jointly or separately, by February 20, 2009; and

(c)  supplemental briefs regarding Glasforms' Motion for Sanctions shall be filed by each party by February 27, 2009.

Dated: February 10, 2009

HONORABLE RICHARD SEEBORG
Magistrate Judge, United States District Court

634\619345.1

- 4 -

STIPULATION TO SCHEDULE FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL AND MOTION FOR SANCTIONS // CASE NO. C 06-03359 JF

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1  PURSUANT TO GENERAL ORDER NO. 45,

2  I, Noelle R. Dunn, the ECF User transmitting and filing this Revised Stipulation to

3  Schedule Further Briefing On Glasforms' Motion To Compel And Motion For Sanctions and

4  [Proposed] Order Thereon, attest that I have obtained the concurrence of Kevin Toner and

5  J. Michael Fitzsimmons on this filing.

6  I declare the foregoing under the penalty of perjury.

7

8  Dated: February 9, 2008                             HOPKINS & CARLEY
                                                        A Law Corporation
9

10                                                      By:   /s/ Noelle R. Dunn
                                                              Noelle R. Dunn
11                                                            Attorneys for Plaintiff/
                                                              Defendant/Third-Party Plaintiff,
12                                                            GLASFORMS, INC.

13

634\619345.1                           - 5 -
STIPULATION TO SCHEDULE FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL AND
MOTION FOR SANCTIONS // CASE NO. C 06-03359 JF

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE