William S. Klein (State Bar No. 121792)
wklein@hopkinscarley.com
Robert A. Christopher (State Bar No. 89035)
rchristopher@hopkinscarley.com
Eugene Ashley (State Bar No. 171885)
eashley@hopkinscarley.com
Noelle R. Dunn (State Bar No. 226913)
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff/Defendant/Third Party Plaintiff GLASFORMS, INC., a California corporation

*E-FILED 2/23/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLASFORMS, INC., a California corporation,<br><br>　　　　　　Plaintiff/Defendant/<br>　　　　　　Third-Party Plaintiff.<br><br>　　v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br>Defendants/Third-Party Defendants. | CASE NO.  C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION TO RESCHEDULE FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [~~PROPOSED~~] ORDER THEREON** |

1   This revised stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff
2   Glasforms, Inc. ("Glasforms"), Third-Party Defendant CTG International (North America) Inc.
3   ("CTG"), and Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"), by and through their
4   respective counsel of record.

**RECITALS**

6   WHEREAS, a hearing on Glasforms' Motion to Compel Further Responses by Taishan to
7   Requests for Production of Documents and Things, Sets Four and Five ("Motion to Compel")
8   was held on October 22, 2008;

9   WHEREAS, the Court ordered Glasforms and Taishan to meet and confer and file a five
10  page supplemental brief, jointly or separately, explaining what remains at issue in the Motion to
11  Compel by November 5, 2008;

12  WHEREAS, Glasforms, CTG, and Taishan (collectively the "Parties") executed a
13  stipulation to file supplemental brief(s) regarding Glasforms' Motion to Compel by February 20,
14  2009;

15  WHEREAS, the parties are continuing to meet and confer in good faith in an effort to
16  resolve the issues that are the subject of the motion. In order to continue this process all Parties
17  have agreed to extend the deadline to file supplemental brief(s) regarding Glasforms' Motion to
18  Compel by two weeks;

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, by and between Glasforms, CTG, and Taishan, through their respective counsel of record, and subject to Court approval, that: Supplemental brief(s) regarding Glasforms' Motion to Compel shall be filed by each party, jointly or separately, by March 6, 2009.

IT IS SO STIPULATED:

Dated: February 20, 2009

HOPKINS & CARLEY
A Law Corporation

By: _____/ s /_____
Robert A. Christopher
Eugene Ashley
Noelle R. Dunn
Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC.

Dated: February 20, 2009

CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE

By: _____/ s /_____
J. Michael Fitzsimmons
Lisa Jeong Cummins
Attorneys for Third Party Defendant CTG INTERNATIONAL (NORTH AMERICA) INC.

Dated: February 20, 2009

BAKER & DANIELS LLP

By: _____/ s /_____
David K. Herzog
Kevin M. Toner
Jennifer M. Phelps
Attorneys for Third-Party Defendants TAISHAN FIBERGLASS, INC. and CTG INTERNATIONAL (NORTH AMERICA) INC.

| | |
|---|---|
| Dated: February 20, 2009 | BURROW & SHIMANE |
| | By: _____/ s /_____ |
| | Lance Burrow |
| | Attorneys for Third-Party Defendants TAISHAN FIBERGLASS, INC. and CTG INTERNATIONAL (NORTH AMERICA) INC. |

IT IS ORDERED that:

Supplemental brief(s) regarding Glasforms' Motion to Compel shall be filed by each party, jointly or separately, by March 6, 2009.

Dated: __2/23__, 2009      _____/s/ Richard Seeborg_____
HONORABLE RICHARD SEEBORG
Judge, United States District Court

1     PURSUANT TO GENERAL ORDER NO. 45,

2     I, Noelle R. Dunn, the ECF User transmitting and filing this Stipulation to Reschedule Further Briefing on Glasforms' Motion to Compel and [Proposed] Order Thereon, attest that I have obtained the concurrence of J. Michael Fitzsimmons, Kevin M. Toner, and Lance Burrow on this filing.

6     I declare the foregoing under the penalty of perjury.

7 Dated: February 20, 2009          HOPKINS & CARLEY
                                                       A Law Corporation

By: _____/ s /_____
       Noelle R. Dunn
       Attorneys for Plaintiff/
       Defendant/Third-Party Plaintiff,
       GLASFORMS, INC.