Lance Burrow (SBN 94986)
BURROW & SHIMANE
96 North 3rd Street, Suite 500
San Jose, CA  95112
Telephone:  408.993.8493
lance@burrow-law.com
*Attorney for Third-Party Defendant*
*Taishan Fiberglass, Inc.*

David K. Herzog (Admitted *pro hac vice*)
Kevin M. Toner (Admitted *pro hac vice*)
April E. Sellers (Admitted *pro hac vice*)
Jennifer M. Phelps (SBN 210746)
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  317.237.0300
david.herzog@bakerd.com
*Attorneys for the third-party defendants,*
*Taishan Fiberglass, Inc., and CTG International (North America) Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD.,<br>            Plaintiff,<br>    v.<br><br>GLASFORMS, INC.,<br>            Defendant/Third-Party Plaintiff,<br>    v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., and TAISHAN FIBERGLASS, INC.,<br><br>            Third-Party Defendants. | CASE NO.  C06-3359 JF (RS)<br>(Consolidated With Case No. C06-00213 JF)<br><br>**STIPULATION AS TO PRETRIAL DEADLINES; [PROPOSED] ORDER** |

This stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff Glasforms, Inc. ("Glasforms"), Third-Party Defendant CTG International ( North America) Inc.

-1-

("CTG"), and Third-Party Defendant Taishan Fiberglasss, Inc. ("Taishan"), by and through their respective counsel of record.

**RECITALS**

WHEREAS, Glasforms, CTG, and Taishan (collectively the "Parties") executed a stipulation to stay this action and mediate their dispute before the Honorable Walter P. Capaccioli (Ret.) beginning December 12, 2008;

WHEREAS, the Court on November 5, 2008 issued an order based on the Parties' stipulation that tolled all litigation activity and deadlines pending the mediation;

WHEREAS, the Parties stipulated to reschedule the mediation for January 9, 2009;

WHEREAS, the Court on December 5, 2008 issued an order based upon the Parties' stipulation which tolled all litigation activity and deadlines pending the rescheduled mediation;

WHEREAS, the Parties did not reach a settlement at the mediation;

WHEREAS, the Parties, by their respective counsel, met and conferred by telephone on January 13, 2009 concerning appropriate schedules and pretrial deadlines in this action;

WHEREAS, the Court held a status conference in this action on January 16, 2009 during which the Court scheduled this action for jury trial on July 10, 2009; and

WHEREAS, on January 30, 2009 Glasforms filed its Motion For Leave To Amend Its First Amended Complaint ("Motion to Amend") (Doc. 183) which is set to be heard on March 6, 2009,

-2-

NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to Court approval, that:

(A) The first available hearing date for Third-Party Defendants' Motions for Partial Summary Judgment is March 27, 2009;

(B) Any responses to the Motions for Partial Summary Judgment shall be filed on or before February 18, 2009;

(C) Any replies in support of the Motions for Partial Summary Judgment shall be filed on or before March 4, 2009;

(D) Expert depositions will be scheduled during March and April 2009; each expert shall produce all requested documents no later than two weeks (14 days) prior to his or her deposition; and all expert discovery shall be completed on or before April 30, 2009;

(E) Final Witness and Exhibit Lists shall be filed and served no later than May 7, 2009;

(F) Motions in Limine shall be filed and served no later than May 22, 2009; and

(G) Oppositions to Motions in Limine and Trial Briefs shall be filed and served no later than June 8, 2009.

(H) This Stipulation is without prejudice to any future modifications of the pretrial or trial schedule that Taishan or CTG may seek if the Court grants Glasforms' Motion To Amend. While Glasforms believes adding a new cause of action would not affect the schedule, Taishan and CTG disagree. The parties agree that nothing in this Stipulation should be interpreted to restrict any party's right to request future modifications as necessary.

IT IS SO STIPULATED:

Dated: February 6, 2009                                  BAKER & DANIELS LLP


By:/s/ Kevin M. Toner
   David K. Herzog
   Kevin M. Toner
   April Sellers
   Jennifer M. Phelps
   *Attorneys for Third-Party Defendants*
   *TAISHAN FIBERGLASS INC. AND CTG*
   *INTERNATIONAL (NORTH AMERICA)*
   *INC.*


BURROW & SHIMANE


By:/s/ Lance Burrow
   Lance Burrow
   *Attorneys for Third-Party Defendant*
   *TAISHAN FIBERGLASS, INC.*


CAMPBELL, WARBURTON,
FITZSIMMONS, SMITH, MENDELL &
PASTORE


By:/s/ J. Michael Fitzsimmons
   J. Michael Fitzsimmons
   Lisa Jeong Cummins
   *Attorneys for Third Party Defendant*
   *CTG INTERNATIONAL (NORTH*
   *AMERICA) INC.*

```
                                          HOPKINS & CARLEY, A LAW
                                          CORPORATION


                                          By: /s/ Robert A. Christopher
                                              Robert A. Christopher
                                              Eugene Ashley
                                              Noelle R. Dunn
                                              Attorneys for Plaintiff/Defendant/Third-
                                              Party Plaintiff GLASFORMS, INC.
```

IT IS ORDERED that:

    (A) Any responses to the Motions for Partial Summary Judgment shall be filed on or before February 18, 2009;

    (B) Any replies in support of the Motions for Partial Summary Judgment shall be filed on or before March 4, 2009;

    (C) Expert depositions will be scheduled during March and April 2009; each expert shall produce all requested documents no later than two weeks (14 days) prior to his or her deposition; and all expert discovery shall be completed on or before April 30, 2009;

    (D) Final Witness and Exhibit Lists shall be filed and served no later than May 7, 2009;

    (E) Motions in Limine shall be filed and served no later than May 22, 2009; and

    (F) Oppositions to Motions in Limine and Trial Briefs shall be filed and served no later than June 8, 2009.

Dated: 2/23, 2009

_____
JEREMEY FOGEL
United States District Judge

-5-

BDDB01 5563764v1