*E-Filed 3/9/09*

1  William S. Klein (State Bar No. 121792
   wklein@hopkinscarley.com
2  Robert A. Christopher (State Bar No. 89035)
   rchristopher@hopkinscarley.com
3  Eugene Ashley (State Bar No. 171885)
   eashley@hopkinscarley.com
4  Noelle R. Dunn (State Bar No. 226913)
   ndunn@hopkinscarley.com
5  HOPKINS & CARLEY
   A Law Corporation
6  The Letitia Building
   70 South First Street
7  San Jose, CA 95113-2406
8  *Attorneys for Plaintiff/Defendant/Third-Party Plaintiff Glasforms, Inc.*
9
10 David K. Herzog (Admitted *pro hac vice*)
   Kevin M. Toner (Admitted *pro hac vice*)
11 April E. Sellers (Admitted *pro hac vice*)
   Jennifer M. Phelps (SBN 210746)
12 BAKER & DANIELS LLP
   300 North Meridian Street, Suite 2700
13 Indianapolis, IN 46204
   Telephone: 317.237.0300
14 david.herzog@bakerd.com
15 *Attorneys for the Third-Party Defendants, Taishan Fiberglass, Inc., and*
16 *CTG International (North America) Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., <br>     Plaintiff, <br> v. <br><br> GLASFORMS, INC., <br>     Defendant/Third-Party Plaintiff, <br> v. <br><br> CTG INTERNATIONAL (NORTH AMERICA) INC., and TAISHAN FIBERGLASS, INC., <br><br>     Third-Party Defendants. | CASE NO. C06-3359 JF (RS) <br> (Consolidated With Case No. C06-00213 JF) <br><br> **STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER** |

-1-

This stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff Glasforms, Inc. ("Glasforms") and Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"), by and through their respective counsel of record.

**RECITALS**

WHEREAS, Glasforms and Taishan (collectively the "Parties") executed and filed a stipulation to reschedule further briefing on Glasforms' Motion to Compel Further Responses by Taishan to Request for Production of Documents and Things, Sets Four and Five ("Motion to Compel") on February 20, 2009;

WHEREAS, the Court on February 23, 2009 issued an order, based on the Parties' stipulation, that required supplemental briefs regarding Glasforms' Motion to Compel to be filed by each party, jointly or separately, by March 6, 2009;

WHEREAS, as directed by the Court, counsel for the Parties have met and conferred in good faith to resolve the issues that are the subject of the Motion to Compel;

WHEREAS, in view of the Parties' further conversations and exchanges of information, Glasforms has agreed to withdraw its Motion to Compel as to all document requests except one (Request No. 57); and

WHEREAS, the Parties continue to meet and confer as to those items sought in the remaining document request in Glasforms' Motion to Compel, and they believe that additional time may allow them to reach a mutually satisfactory arrangement as to the remaining request for production;

NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to Court approval, that the time within which Supplemental brief(s) regarding Glasforms'

-2-

1  Motion to Compel shall be filed by Glasforms and Taishan, jointly or separately, be enlarged to
2  and including March 20, 2009.

    IT IS SO STIPULATED:

Dated: March 6, 2009         BAKER & DANIELS LLP

                By:/s/ Kevin M. Toner
                  David K. Herzog
                  Kevin M. Toner
                  April Sellers
                  Jennifer M. Phelps
                  *Attorneys for Third-Party Defendants TAISHAN FIBERGLASS INC. and CTG INTERNATIONAL (NORTH AMERICA) INC.*

                HOPKINS & CARLEY, A LAW CORPORATION

                By: /s/ Robert A. Christopher
                  Robert A. Christopher
                  Eugene Ashley
                  Noelle R. Dunn
                  *Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC.*

    IT IS ORDERED that:

    Supplemental brief(s) regarding Glasforms' Motion to Compel shall be filed by Glasforms and Taishan, jointly or separately, by March 20, 2009.

Dated: March 9, 2009

                HONORABLE RICHARD SEEBORG
                Magistrate Judge, United States District Court

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

**CERTIFICATE OF SERVICE**

I certify that on March 6, 2009, the foregoing **STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

J. Michael Fitzsimmons (SBN 132343)
Lisa Jeong Cummins (SBN 118087)
CAMPBELL, WARBURTON, FITZSIMMONS
   SMITH, MENDELL & PASTORE
64 West Santa Clara Street
San Jose, CA 95113
Telephone: 408.295.7701
*Attorneys for Third-Party Defendant
CTG International (North America) Inc.*

Lance Burrow (SBN 94986)
BURROW & SHIMANE
96 North 3rd Street, Suite 500
San Jose, CA 95112
Telephone: 408.993.8493
lance@burrow-law.com
*Attorney for Third-Party Defendant
Taishan Fiberglass, Inc.*

David K. Herzog (*Pro Hac Vice*)
Kevin M. Toner (*Pro Hac Vice*)
April E. Sellers (*Pro Hac Vice*)
Jennifer M. Phelps (SBN 210746)
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317.237.0300
*Attorneys for the third-party defendants,
Taishan Fiberglass, Inc., and CTG
International (North America) Inc.*

/s/      Diana L. Hodges

-5-

BDDB01 5539848v1