William S. Klein (State Bar No. 121792)
wklein@hopkinscarley.com
Robert A. Christopher (State Bar No. 89035)
rchristopher@hopkinscarley.com
Eugene Ashley (State Bar No. 171885)
eashley@hopkinscarley.com
Noelle R. Dunn (State Bar No. 226913)
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC., a California corporation

**E-Filed 4/1/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GLASFORMS, INC., a California Corporation,<br><br>　　　　Plaintiff/Defendant/<br>　　　　Third-Party Plaintiff.<br><br>　v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>　　　　Defendants/Third-Party Defendants. | CASE NO.  C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL;** ~~[PROPOSED]~~ **ORDER** |

597\628637.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER    C 06-03359 JF

1   This stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff
2   Glasforms, Inc. ("Glasforms") and Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"),
3   by and through their respective counsel of record.

4   **RECITALS**

5   WHEREAS, Glasforms and Taishan (collectively the "Parties") executed and filed a
6   stipulation to reschedule further briefing on Glasforms' Motion to Compel Further Responses by
7   Taishan to Request for Production of Documents and Things, Sets Four and Five ("Motion to
8   Compel") on March 6, 2009;

9   WHEREAS, the Court on March 9, 2009 issued an order, based on the Parties' stipulation,
10  that required supplemental briefs regarding Glasforms' Motion to Compel to be filed by each
11  party, jointly or separately, by March 20, 2009;

12  WHEREAS, as directed by the Court, counsel for the Parties have met and conferred in
13  good faith to resolve the issues that are the subject of the Motion to Compel;

14  WHEREAS, the Parties continue to meet and confer as to Document Request No. 57, and
15  they believe that additional time may allow them to reach a mutually satisfactory arrangement as
16  to the remaining request for production;

17  NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to
18  Court approval, that the time within which Supplemental brief(s) regarding Glasforms' Motion to

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  Compel shall be filed by Glasforms and Taishan, jointly or separately, be enlarged to and

2  including April 10, 2009.

3      IT IS SO STIPULATED:

4  Dated: March 20, 2009　　　　　　　　　　　BAKER & DANIELS LLP

5

6  　　　　　　　　　　　　　　　　　　　　By:　/ s /   April Sellers
7  　　　　　　　　　　　　　　　　　　　　　David K. Herzog
　　　　　　　　　　　　　　　　　　　　　　Kevin M. Toner
8  　　　　　　　　　　　　　　　　　　　　　April Sellers
　　　　　　　　　　　　　　　　　　　　　　Jennifer M. Phelps
9  　　　　　　　　　　　　　　　　　　　　　Attorneys for Third-Party Defendants
　　　　　　　　　　　　　　　　　　　　　　TAISHAN FIBERGLASS INC and CTG
10 　　　　　　　　　　　　　　　　　　　　　INTERNATIONAL (NORTH AMERICA)
　　　　　　　　　　　　　　　　　　　　　　INC.

11 Dated: March 20, 2009　　　　　　　　　　　HOPKINS & CARLEY
　　　　　　　　　　　　　　　　　　　　　　A Law Corporation
12

13

14 　　　　　　　　　　　　　　　　　　　　By:　/ s /   Noelle R. Dunn
　　　　　　　　　　　　　　　　　　　　　　Noelle R. Dunn
15 　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff/Defendant/Third-
　　　　　　　　　　　　　　　　　　　　　　Party Plaintiff
16 　　　　　　　　　　　　　　　　　　　　　GLASFORMS, INC., a California
　　　　　　　　　　　　　　　　　　　　　　corporation

17     IT IS ORDERED that:

18     Supplemental brief(s) regarding Glasforms' Motion to Compel shall be filed by Glasforms

19 and Taishan, jointly or separately, by  April 10  , 2009.

20

21 Dated: ~~March~~ _____, 2009

22     April 1　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge, United States District Court

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on March 20, 2009, the foregoing **STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William S. Klein
Robert A. Christopher
Eugene Ashley
Noelle R. Dunn
HOPKINS & CARLEY
A Law Corporation
70 South First Street
San Jose, CA  95113
Telephone:  (408) 286-9800

Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC.

/ s /   Diana L. Hodges