1  William S. Klein (State Bar No. 121792)
   wklein@hopkinscarley.com
2  Robert A. Christopher (State Bar No. 89035)
   rchristopher@hopkinscarley.com
3  Eugene Ashley (State Bar No. 171885)
   eashley@hopkinscarley.com
4  Noelle R. Dunn (State Bar No. 226913)
   ndunn@hopkinscarley.com
5  HOPKINS & CARLEY
   A Law Corporation
6  The Letitia Building
   70 South First Street
7  San Jose, CA  95113-2406

8  *mailing address:*
   P.O. Box 1469
9  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
10 Facsimile:    (408) 998-4790

11 Attorneys for Plaintiff/Defendant/Third-Party
   Plaintiff GLASFORMS, INC., a California
12 corporation

**E-Filed 4/10/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLASFORMS, INC., a California Corporation,<br><br>　　　　　　Plaintiff/Defendant/<br>　　　　　　Third-Party Plaintiff.<br><br>　　v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>　　　　　　Defendants/Third-Party<br>　　　　　　Defendants. | CASE NO.  C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER** |

1  This stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff
2  Glasforms, Inc. ("Glasforms") and Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"),
3  by and through their respective counsel of record.

**RECITALS**

5  WHEREAS, Glasforms and Taishan (collectively the "Parties") executed and filed a
6  stipulation to reschedule further briefing on Glasforms' Motion to Compel Further Responses by
7  Taishan to Request for Production of Documents and Things, Sets Four and Five ("Motion to
8  Compel") on March 20, 2009;

9  WHEREAS, the Court on April 1, 2009 issued an order, based on the Parties' stipulation,
10  that required supplemental briefs regarding Glasforms' Motion to Compel to be filed by each
11  party, jointly or separately, by April 10, 2009;

12  WHEREAS, as directed by the Court, counsel for the Parties have met and conferred in
13  good faith to resolve the issues that are the subject of the Motion to Compel;

14  WHEREAS, on April 8, 2009, Taishan produced several Chinese language documents
15  pursuant to the Parties' meet and confer efforts;

16  WHEREAS, Glasforms requires an opportunity to translate (typically one week) and then
17  evaluate these recently-produced documents to determine if they satisfy Taishan's obligations
18  pursuant to the Parties' meet and confer;

19  WHEREAS, the Parties believe that additional time may allow them to reach a mutually
20  satisfactory arrangement as to the remaining request for production;

21  NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to
22  Court approval, that the time within which Supplemental brief(s) regarding Glasforms' Motion to
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  Compel shall be filed by Glasforms and Taishan, jointly or separately, be enlarged to and
2  including May 1, 2009.
3      IT IS SO STIPULATED:
4  Dated: April 9, 2009      BAKER & DANIELS LLP

6       By:    / s /   April Sellers
7         David K. Herzog
       Kevin M. Toner
8         April Sellers
       Jennifer M. Phelps
9         Attorneys for Third-Party Defendants
       TAISHAN FIBERGLASS INC and CTG
10        INTERNATIONAL (NORTH AMERICA)
       INC.

11 Dated: April 9, 2009      HOPKINS & CARLEY
       A Law Corporation

14      By:    / s /   Noelle R. Dunn
       Noelle R. Dunn
15        Attorneys for Plaintiff/Defendant/
       Third-Party Plaintiff
16        GLASFORMS, INC., a California
       corporation

17     IT IS ORDERED that:
18     Supplemental brief(s) regarding Glasforms' Motion to Compel shall be filed by Glasforms
19 and Taishan, jointly or separately, by _May 1____, 2009.

21 Dated: April __10__, 2009      [signature]
22      HONORABLE RICHARD SEEBORG
     Magistrate Judge, United States District Court

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2009, the foregoing **STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

J. Michael Fitzsimmons (SBN 132343)
Lisa Jeong Cummins (SBN) 118087)
CAMPBELL, WARBURTON, FITZSIMMONS,
  SMITH, MENDELL & PASTORE
64 West Santa Clara Street
San Jose, CA  95113
Telephone:  (408) 295-7701
*Attorneys for Third-Party Defendant*
*CTG International (North America) Inc.*

Michael Michel (SBN 62131)
MICHEL & FACKLER
Watergate Office Towers
2000 Powell Street, Suite 1000
Emeryville, CA  94608
Telephone:  (510) 547-7319
*Attorneys for Third Party Defendant*
*CTG International (North America) Inc.*

Lance Burrow (SBN) 94986)
BURROW & SHIMANE
96 North Third Street, Suite 500
San Jose, CA  95112
Telephone:  (408) 993-8493
*Attorney for Third-Party Defendant*
*Taishan Fiberglass, Inc.*

David K. Herzog (*Pro Hac Vice*)
Kevin M. Toner (*Pro Hac Vice*)
April E. Sellers (*Pro Hac Vice*)
Jennifer M. Phelps (SBN 210746)
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
*Attorneys for the third-party defendants,*
*Taishan Fiberglass, Inc., and CTG*
*International (North America) Inc.*

/ s /     Diana L. Hodges