William S. Klein (State Bar No. 121792)
wklein@hopkinscarley.com
Robert A. Christopher (State Bar No. 89035)
rchristopher@hopkinscarley.com
Eugene Ashley (State Bar No. 171885)
eashley@hopkinscarley.com
Noelle R. Dunn (State Bar No. 226913)
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC., a California corporation

*E-Filed 5/4/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GLASFORMS, INC., a California Corporation,<br><br>　　　　　　　Plaintiff/Defendant/<br>　　　　　　　Third-Party Plaintiff.<br><br>　　v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>　　　　　　　Defendants/Third-Party<br>　　　　　　　Defendants. | CASE NO.  C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER** |

1   This stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff
2   Glasforms, Inc. ("Glasforms") and Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"),
3   by and through their respective counsel of record.

**RECITALS**

WHEREAS, Glasforms and Taishan (collectively the "Parties") executed and filed a stipulation to reschedule further briefing on Glasforms' Motion to Compel Further Responses by Taishan to Request for Production of Documents and Things, Sets Four and Five ("Motion to Compel") on April 9, 2009;

WHEREAS, the Court on April 10, 2009 issued an order, based on the Parties' stipulation, that required supplemental briefs regarding Glasforms' Motion to Compel to be filed by each party, jointly or separately, by May 1, 2009;

WHEREAS, as directed by the Court, counsel for the Parties have met and conferred in good faith to resolve the issues that are the subject of the Motion to Compel;

WHEREAS, on April 8, 2009, Taishan produced several Chinese language documents pursuant to the Parties' meet and confer efforts;

WHEREAS, Glasforms has translated these recently-produced documents, and seeks additional information about them from Taishan;

WHEREAS, the Parties believe that additional time may allow them to reach a mutually satisfactory arrangement as to the remaining request for production;

NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to Court approval, that the time within which Supplemental brief(s) regarding Glasforms' Motion to

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Compel shall be filed by Glasforms and Taishan, jointly or separately, be enlarged to and
2  including May 15, 2009.
3      IT IS SO STIPULATED:

Dated: May __, 2009            BAKER & DANIELS LLP

By: / s / April Sellers
   David K. Herzog
   Kevin M. Toner
   April Sellers
   Jennifer M. Phelps
   Attorneys for Third-Party Defendants
   TAISHAN FIBERGLASS INC and CTG
   INTERNATIONAL (NORTH AMERICA)
   INC.

Dated: May __, 2009            HOPKINS & CARLEY
                                        A Law Corporation

By: / s / Noelle R. Dunn
   Noelle R. Dunn
   Attorneys for Plaintiff/Defendant/
   Third-Party Plaintiff
   GLASFORMS, INC., a California
   corporation

    IT IS ORDERED that:

    Supplemental brief(s) regarding Glasforms' Motion to Compel shall be filed by Glasforms and Taishan, jointly or separately, by __May 15__, 2009.

Dated: May __4__, 2009

[signature]
HONORABLE RICHARD SEEBORG
Magistrate Judge, United States District Court

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

# CERTIFICATE OF SERVICE

I certify that on May 1, 2009, the foregoing **STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William S. Klein
Robert A. Christopher
Eugene Ashley
Noelle R. Dunn
HOPKINS & CARLEY
A Law Corporation
70 South First Street
San Jose, CA  95113
Telephone:  (408) 286-9800

Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC.

/ s /    Diana L. Hodges