1  William S. Klein (State Bar No. 121792)
   wklein@hopkinscarley.com
2  Robert A. Christopher (State Bar No. 89035)
   rchristopher@hopkinscarley.com
3  Eugene Ashley (State Bar No. 171885)
   eashley@hopkinscarley.com
4  Noelle R. Dunn (State Bar No. 226913)
   ndunn@hopkinscarley.com
5  HOPKINS & CARLEY
   A Law Corporation
6  The Letitia Building
   70 South First Street
7  San Jose, CA  95113-2406

8  *mailing address:*
   P.O. Box 1469
9  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
10 Facsimile:    (408) 998-4790

11 Attorneys for Plaintiff/Defendant/Third-Party
   Plaintiff GLASFORMS, INC., a California
12 corporation

*E-Filed 5/11/09*

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

| | |
|---|---|
| 16  DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation, | CASE NO.  C 06-03359 JF (Consolidated With Case No. C 06-00213 JF) |
| 17                    Plaintiff, | |
| 18         v. | **STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER** |
| 19  GLASFORMS, INC., a California Corporation, | |
| 20                    Plaintiff/Defendant/Third-Party Plaintiff. | |
| 21         v. | |
| 22  CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China, | |
| 23                    Defendants/Third-Party Defendants. | |

1   This stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff
2   Glasforms, Inc. ("Glasforms") and Third-Party Defendant Taishan Fiberglass, Inc. ("Taishan"),
3   by and through their respective counsel of record.

### RECITALS

WHEREAS, Glasforms and Taishan (collectively the "Parties") executed and filed a stipulation to reschedule further briefing on Glasforms' Motion to Compel Further Responses by Taishan to Request for Production of Documents and Things, Sets Four and Five ("Motion to Compel") on April 9, 2009;

WHEREAS, the Court on April 10, 2009 issued an order, based on the Parties' stipulation, that required supplemental briefs regarding Glasforms' Motion to Compel to be filed by each party, jointly or separately, by May 1, 2009;

WHEREAS, as directed by the Court, counsel for the Parties have met and conferred in good faith to resolve the issues that are the subject of the Motion to Compel;

WHEREAS, on April 8, 2009, Taishan produced several Chinese language documents pursuant to the Parties' meet and confer efforts;

WHEREAS, Glasforms has translated these recently-produced documents, and seeks additional information about them from Taishan;

WHEREAS, the Parties believe that additional time may allow them to reach a mutually satisfactory arrangement as to the remaining request for production;

NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to Court approval, that the time within which Supplemental brief(s) regarding Glasforms' Motion to

///
///
///
///
///
///
///

Compel shall be filed by Glasforms and Taishan, jointly or separately, be enlarged to and including May 15, 2009.

IT IS SO STIPULATED:

Dated: May __, 2009                    BAKER & DANIELS LLP


By:  / s /  April Sellers
    David K. Herzog
    Kevin M. Toner
    April Sellers
    Jennifer M. Phelps
    Attorneys for Third-Party Defendants
    TAISHAN FIBERGLASS INC and CTG
    INTERNATIONAL (NORTH AMERICA)
    INC.

Dated: May __, 2009                    HOPKINS & CARLEY
                                       A Law Corporation


By:  / s /  Noelle R. Dunn
    Noelle R. Dunn
    Attorneys for Plaintiff/Defendant/
    Third-Party Plaintiff
    GLASFORMS, INC., a California
    corporation

IT IS ORDERED that:

Supplemental brief(s) regarding Glasforms' Motion to Compel shall be filed by Glasforms and Taishan, jointly or separately, by __May 15__, 2009.

Dated: May _8_, 2009

HONORABLE RICHARD SEEBORG
Magistrate Judge, United States District Court

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2009, the foregoing **STIPULATION AS TO FURTHER BRIEFING ON GLASFORMS' MOTION TO COMPEL; [PROPOSED] ORDER** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William S. Klein
Robert A. Christopher
Eugene Ashley
Noelle R. Dunn
HOPKINS & CARLEY
A Law Corporation
70 South First Street
San Jose, CA  95113
Telephone:  (408) 286-9800

Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC.

          / s /     Diana L. Hodges