*E-Filed 5/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., | NO. C 06-3359 JF (RS) |
| Plaintiff, | **ORDER RE: BRIEFING ON MOTION TO COMPEL** |
| v. | |
| GLASFORMS, INC., | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| CTG INTERNATIONAL (NORTH AMERICA) INC., et al., | |
| Third-Party Defendants. | |

On October 22, 2008, a hearing was held on Glasforms' motion to compel further responses from Taishan. At the hearing, the Court ordered the parties to meet and confer and file a five page supplemental brief, jointly or separately, by November 5, 2008, explaining what issues remain pending. The parties shall file their supplemental brief(s) by June 1, 2009. No further extensions will be granted. The matter will be deemed submitted on that date.

IT IS SO ORDERED.

Dated: 5/18/09

RICHARD SEEBORG
United States Magistrate Judge

ORDER RE: BRIEFING ON MOTION TO COMPEL
C 06-3359 JF (RS)

1