William S. Klein (State Bar No. 121792)
wklein@hopkinscarley.com
Robert A. Christopher (State Bar No. 89035)
rchristopher@hopkinscarley.com
Eugene Ashley (State Bar No. 171885)
eashley@hopkinscarley.com
Noelle R. Dunn (State Bar No. 226913)
ndunn@hopkinscarley.com
Michelle C. Lee (State Bar No. 244836)
mlee@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLASFORMS, INC., a California Corporation,<br><br>Plaintiff/Defendant/<br>Third-Party Plaintiff.<br><br>v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>Defendants/Third-Party Defendants. | CASE NO.  C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION EXTENDING DEADLINE FOR FILING JOINT PRE-TRIAL CONFERENCE STATEMENT; [PROPOSED] ORDER** |

597\639472.1

STIPULATION EXTENDING DEADLINE FOR FILING JOINT PRE-TRIAL
CONFERENCE STATEMENT; [PROPOSED] ORDER     CASE NO. C 06-03359 JF

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1  This stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff
2  Glasforms, Inc. ("Glasforms") and Third-Party Defendants CTG International (North America)
3  Inc. ("CTG") and Taishan Fiberglass, Inc. ("Taishan"), by and through their respective counsel of
4  record.

5  WHEREAS, the Court issued a Standing Order re Pretrial Preparation that required the
6  joint pretrial conference statement to be filed by the parties at least ten (10) court days prior to the
7  Pretrial Conference;

8  WHEREAS, the Pretrial Conference is currently scheduled for June 12, 2009, and
9  therefore the joint pretrial conference statement is currently due on May 28, 2009;

10  WHEREAS, as directed by the Court, counsel for the Parties continue to meet and confer
11  with respect to the preparation and content of the joint pretrial conference statement;

12  NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to
13  Court approval, that the time within which the joint pretrial conference statement shall be filed by
14  the parties be enlarged to and including June 2, 2009.

15  IT IS SO STIPULATED.

17  Dated: May 28, 2009                HOPKINS & CARLEY
                                        A Law Corporation

20                                      By:      / s /
                                        Michelle C. Lee
21                                      Attorneys for Plaintiff/Defendant/Third-
                                        Party Plaintiff
22                                      GLASFORMS, INC., a California
                                        corporation

23  Dated: May 28, 2009                BAKER & DANIELS LLP

25                                      By:      / s /
                                        April Sellers
26                                      Attorneys for Third-Party Defendants
                                        Taishan Fiberglass, Inc. and CTG
27                                      International (North America) Inc.

28  *Signatures Continue on Following Page*

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

597\639472.1                            - 2 -
STIPULATION EXTENDING DEADLINE FOR FILING JOINT PRE-TRIAL
CONFERENCE STATEMENT; [PROPOSED] ORDER       CASE NO. C 06-03359 JF

Dated: May 28, 2009

CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE

By:   / s /
       Lisa Cummins
       Attorneys for Third-Party Defendant
       CTG International (North America), Inc.

**IT IS SO ORDERED:**

Dated:  5/29 , 2009

_____
HONORABLE JEREMY FOGEL

Hopkins & Carley
Attorneys At Law
San Jose

597\639472.1

- 3 -

STIPULATION EXTENDING DEADLINE FOR FILING JOINT PRE-TRIAL
CONFERENCE STATEMENT; [PROPOSED] ORDER    CASE NO. C 06-03359 JF

1   PURSUANT TO GENERAL ORDER NO. 45,

2   I, Michelle C. Lee, the ECF User transmitting and filing this Stipulation Extending Deadline for Filing Joint Pre-Trial Conference Statement and [Proposed] Order Thereon, attest that I have obtained the concurrence of April Sellers and Lisa Cummins on this filing.

I declare the foregoing under the penalty of perjury.

Dated: May 28, 2009

HOPKINS & CARLEY
A Law Corporation

By:      / s /
        Michelle C. Lee
        Attorneys for Plaintiff/Defendant/Third-Party Plaintiff
        GLASFORMS, INC., a California corporation

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2009, the foregoing **STIPULATION EXTENDING DEADLINE FOR FILING JOINT PRE-TRIAL CONFERENCE STATEMENT; [PROPOSED] ORDER** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> William S. Klein
> Robert A. Christopher
> Eugene Ashley
> Noelle R. Dunn
> Michelle C. Lee
> HOPKINS & CARLEY
> A Law Corporation
> 70 South First Street
> San Jose, CA  95113
> Telephone:  (408) 286-9800
>
> Attorneys for Plaintiff/Defendant/Third-Party Plaintiff GLASFORMS, INC.

          / s /    Diana L. Hodges

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

597\638788.1

STIPULATION EXTENDING DEADLINE FOR FILING JOINT PRE-TRIAL
CONFERENCE STATEMENT; [PROPOSED] ORDER      CASE NO. C 06-03359 JF