William S. Klein (State Bar No. 121792)
wklein@hopkinscarley.com
Robert A. Christopher (State Bar No. 89035)
rchristopher@hopkinscarley.com
Eugene Ashley (State Bar No. 171885)
eashley@hopkinscarley.com
Noelle R. Dunn (State Bar No. 226913)
ndunn@hopkinscarley.com
Michelle C. Lee (State Bar No. 244836)
mlee@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff/Defendant/Third-Party
Plaintiff GLASFORMS, INC., a California
corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>GLASFORMS, INC., a California Corporation,<br><br>     Plaintiff/Defendant/<br>     Third-Party Plaintiff.<br><br>  v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China,<br><br>     Defendants/Third-Party Defendants. | CASE NO.  C 06-03359 JF<br>(Consolidated With Case No. C 06-00213 JF)<br><br>**STIPULATION TO CERTAIN PRETRIAL DEADLINES; [PROPOSED] ORDER** |

This stipulation is entered into between Plaintiff/Defendant/Third-Party Plaintiff Glasforms, Inc. ("Glasforms") and Third-Party Defendants CTG International (North America) Inc. ("CTG") and Taishan Fiberglass, Inc. ("Taishan"), by and through their respective counsel of record.

WHEREAS, trial is currently scheduled to commence August 21, 2009;

WHEREAS, counsel for the Parties have met and conferred with respect to pretrial deadlines other than those set by the Court at pre-trial conferences on June 12, 2009 and June 26, 2009;

NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to Court approval, to the following additional pretrial deadlines:

| DEADLINE | DATE |
| --- | --- |
| Parties shall exchange proposed joint trial exhibit lists, along with all trial exhibits not previously produced, and best quality images (in PDF or TIF format) of any proposed written trial exhibits | July 13, 2009 |
| Parties shall exchange proposed designations of deposition testimony and discovery responses | July 14, 2009 |
| Parties shall meet and confer regarding proposed joint trial exhibit lists | July 20, 2009 |
| Parties exchange proposed jury instructions, jury questionnaire, and voir dire questions | July 21, 2009 |
| Parties shall exchange objections and counter-designations of deposition testimony and discovery responses | July 23, 2009 |
| Parties shall meet and confer regarding objections to designations of depositions and discovery responses | July 27, 2009 |
| Parties shall file joint trial exhibit list and exchange all demonstrative aids not previously produced | July 27, 2009 |
| Parties shall file proposed jury instructions | July 29, 2009 |
| Parties shall file proposed voir dire questions | July 30, 2009 |
| Parties shall file proposed jury questionnaire | July 30, 2009 |

| DEADLINE | DATE |
|---|---|
| Parties shall file agreed final deposition and discovery designations and any remaining objections | July 31, 2009 |
| Parties shall submit all remaining filings regarding trial exhibits and any objections to particular demonstrative aids | July 31, 2009 |
| Trial Begins | August 21, 2009 |

IT IS SO STIPULATED.

Dated: June 30, 2009

HOPKINS & CARLEY
A Law Corporation


By: __/ s /__ Michelle C. Lee
    Michelle C. Lee
    Attorneys for Plaintiff/Defendant/
    Third-Party Plaintiff
    GLASFORMS, INC., a California
    corporation

Dated: June 30, 2009

CAMPBELL, WARBURTON,
FITZSIMMONS, SMITH, MENDELL &
PASTORE


By: __/ s /__ Lisa Jeong Cummins
    J. Michael Fitzsimmons
    Lisa Jeong Cummins
    Attorneys for Third Party Defendant
    CTG INTERNATIONAL (NORTH
    AMERICA) INC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*[Signatures continue on following page]*

1    Dated: June 30, 2009                          BAKER & DANIELS LLP

2

3                                                  By:   / s /  Kevin M. Toner
                                                         David K. Herzog
4                                                        Kevin M. Toner
                                                         April Sellers
5                                                        Jennifer M. Phelps
                                                         Attorneys for Third-Party Defendants
6                                                        TAISHAN FIBERGLASS INC and CTG
                                                         INTERNATIONAL (NORTH AMERICA)
7                                                        INC.

8

9            IT IS ORDERED that:

10           The Stipulation as to Certain Pretrial Deadlines is GRANTED.

11

12   Dated: July  2    , 2009

13                                                  HONORABLE JEREMY FOGEL
                                                    United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

597\646468.1                              - 4 -

STIPULATION TO CERTAIN PRETRIAL DEADLINES; [PROPOSED] ORDER    // CASE NO. C 06-03359 JF

1    PURSUANT TO GENERAL ORDER NO. 45,

2        I, Michelle C. Lee, the ECF User transmitting and filing this Stipulation to Certain Pretrial

3    Deadlines and [Proposed] Order Thereon, attest that I have obtained the concurrence of Lisa

4    Jeong Cummins and Kevin M. Toner on this filing.

5        I declare the foregoing under the penalty of perjury.

6

7    Dated: June 30, 2009                    HOPKINS & CARLEY
                                              A Law Corporation
8

9
                                              By:    / s /  Michelle C. Lee
10                                                Michelle C. Lee
                                                  Attorneys for Plaintiff/Defendant/Third-
11                                                Party Plaintiff
                                                  GLASFORMS, INC., a California
12                                                corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on July 1, 2009, the foregoing **STIPULATION TO CERTAIN PRETRIAL DEADLINES; [PROPOSED] ORDER** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William S. Klein
Robert A. Christopher
Eugene Ashley
Noelle R. Dunn
Michelle C. Lee
HOPKINS & CARLEY
A Law Corporation
70 South First Street
San Jose, CA  95113
Telephone:  (408) 286-9800

Attorneys for Plaintiff/Defendant/Third-Party
Plaintiff GLASFORMS, INC.

_____/ s /___Diana L. Hodges_____

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

597\638788.1

STIPULATION TO CERTAIN PRETRIAL DEADLINES; [PROPOSED] ORDER       // CASE NO. C 06-03359 JF