1  William S. Klein (State Bar No. 121792)
   wklein@hopkinscarley.com
2  Robert A. Christopher (State Bar No. 89035)
   rchristopher@hopkinscarley.com
3  Eugene Ashley (State Bar No. 171885)
   eashley@hopkinscarley.com
4  Noelle R. Dunn (State Bar No. 226913)
   ndunn@hopkinscarley.com
5  HOPKINS & CARLEY
   A Law Corporation
6  The Letitia Building
   70 South First Street
7  San Jose, CA  95113-2406

8  *mailing address:*
   P.O. Box 1469
9  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
10 Facsimile:     (408) 998-4790

11 Attorneys for Plaintiff/Defendant/Third-Party
   Plaintiff GLASFORMS, INC., a California
12 corporation

13 J. Michael Fitzsimmons (SBN 132343)
   Lisa Jeong Cummins (SBN 118087)
14 Nicholas Pastore (SBN 104776)
   CAMPBELL, WARBURTON, FITZSIMMONS
15 SMITH, MENDELL & PASTORE
   64 West Santa Clara Street
16 San Jose, CA  95113
   Telephone:  408.295.7701
17
   Michael Michel (SBN 62131)
18 mandflaw@sbcglobal.net
   MICHEL & FACKLER
19 2175 North California Boulevard, Suite 550
   Walnut Creek, CA  94596
20 Telephone: 925.933.7309

21 Attorneys for Third-Party Defendant
   CTG International (North America) Inc.
22
   David K. Herzog (Admitted pro hac vice)
23 Kevin M. Toner (Admitted pro hac vice)
   April E. Sellers (Admitted pro hac vice)
24 BAKER & DANIELS LLP
   300 North Meridian Street, Suite 2700
25 Indianapolis, IN  46204
   Telephone:  317.237.0300
26
   Attorneys for Third-Party Defendants
27 Taishan Fiberglass, Inc,. and CTG International
   (North America) Inc.
28

| | |
|---|---|
| 1 | Lance Burrow (SBN 94986) |
|   | BURROW & SHIMANE |
| 2 | 96 N. 3rd Street, Suite 500 |
|   | San Jose, CA 95112 |
| 3 | Telephone: (408) 993-8493 |
|   | lance@burrow-law.com |
| 4 | |
| 5 | Attorney for Third-Party Defendant |
|   | Taishan Fiberglass, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., a Korean Corporation, | CASE NO.  C 06-03359 JF (Consolidated With Case No. C 06-00213 JF) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT IN COURTROOM** |
| v. | |
| GLASFORMS, INC., a California corporation, | |
| Defendant/Third-Party Plaintiff. | |
| v. | |
| CTG INTERNATIONAL (NORTH AMERICA) INC., an Indiana Corporation; TAISHAN FIBERGLASS, INC., a corporation organized under the laws of the People's Republic of China, | |
| Third-Party Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant/Third-Party Plaintiff Glasforms, Inc., Third-Party Defendant Taishan Fiberglass, Inc., and Third-Party Defendant CTG International (North America) Inc. (collectively the "Parties"), through their respective counsel and subject to approval of this Court, that the Parties shall be permitted to bring laptop computers,

1  associated electronic accessories, related hardware and software, and cellular devices into
2  Courtroom 1 for use during the trial scheduled to begin on August 21, 2008.

Dated: August 20, 2009                           HOPKINS & CARLEY, ALC


By    / s /   Noelle R Dunn
    Robert A. Christopher
    Eugene Ashley
    Noelle R. Dunn
    Attorneys for Plaintiff/Defendant/Third-
    Party Plaintiff, GLASFORMS, INC.

Dated:  August 20, 2009                          BAKER & DANIELS LLP


By:    / s /   April Sellers
    David Herzog
    Kevin Toner
    April Sellers
    Attorneys for Third-Party Defendants
    Taishan Fiberglass, Inc. and CTG
    International (North America) Inc.

Dated:  August 20, 2009                          MICHEL & FACKLER


By:    / s /   Michael Michel
    Michael Michel
    Attorneys for Third-Party Defendant
    CTG International (North America), Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  __8/21_____, 2009   _____
                                                      HONORABLE JEREMY FOGEL

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\655321.1                              - 3 -
STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT IN COURTROOM // CASE NO. C 06-00213 JF

1  PURSUANT TO GENERAL ORDER NO. 45,

2  I, Noelle R. Dunn, the ECF User transmitting and filing this STIPULATION AND

3  [PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT IN COURTROOM, attest

4  that I have obtained the concurrence of Michael Michel and April Sellers on this filing.

5  I declare the foregoing under the penalty of perjury.

7  Dated: August 20, 2009          HOPKINS & CARLEY,
                                    A Law Corporation

10                                  By:   / s / Noelle R. Dunn
                                        Noelle R. Dunn
11                                      Attorneys for Plaintiff/Defendant/Third
                                        Party Plaintiff GLASFORMS, INC.