\*\*E-filed 11/5/2009\*\*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> GLASFORMS, INC., <br><br> Defendant. | Case Number C 06-3359 JF (RS) <br><br> ORDER[1] (1) GRANTING MOTIONS FOR STAY OF EXECUTION OF JUDGMENT PENDING DISPOSITION OF POST-TRIAL MOTIONS; AND (2) IMPOSING TEMPORARY PROTECTIVE ORDER ENJOINING CTGNA AND TAISHAN FROM TRANSFERRING OR DISPOSING OF ASSETS <br><br> [re: document nos. 446, 447] |

Third-party defendants CTG International (North America) Inc. ("CTGNA") and Taishan Fiberglass, Inc. ("Taishan") seek to stay execution of the judgment against them pending disposition of the post-trial motions heard by the Court on October 30, 2009. Good cause therefor appearing, execution of the judgment is HEREBY STAYED pending disposition of the pending post-trial motions.

---

[1] This disposition is not designated for publication in the official reports.

In order to protect the interests of third-party plaintiff Glasforms, Inc. during the pendency of the stay, CTGNA, Taishan, and any of their principals, agents, employees, assignees, or other persons acting at their direction or on their behalf, are hereby enjoined and restrained from transferring or disposing of any assets pending disposition of the post-trial motions and until further order of the Court.

IT IS SO ORDERED.

DATED: November 5, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-3359 JF (RS)
ORDER (1) GRANTING MOTIONS FOR STAY OF EXECUTION ETC.
(JFLC2)

1  This Order was served on the following persons:

3  Eugene Ashley eashley@hopkinscarley.com, ihernandez@hopkinscarely.com

4
5  Robert A. Christopher rchristopher@hopkinscarley.com, ihernandez@hopkinscarley.com

6  Jeff M. Fackler mandflaw@sbcglobal.net

7  Tod C. Gurney tgurney@hopkinscarley.com

8  Jennifer M. Phelps jennifer.phelps@bakerd.com, debora.schmid@bakerd.com

9  Elaine Mary O'Neil (Terminated) Elaine.O'Neil@sfgov.org

10
11  Lisa J. Cummins lcummins@campbellwarburton.com

12  Scott Phillip DeVries (Terminated) sdevries@winston.com

13  Sophie N. Froelich (Terminated) sfroelich@nossaman.com, ntorpey@nossaman.com

14  Noelle Dunn ndunn@hopkinscarley.com, gcordova@hopkinscarley.com

15  Kevin M. Toner kevin.toner@bakerd.com, judy.ferber@bakerd.com

16
17  Michael F Wais (Terminated) mwais@howardandhoward.com

18  John Charles Louisell (Terminated) jcl@h2law.com, kaw@h2law.com

19  David K. Herzog david.herzog@bakerd.com

20  Michael Dean Michel mandflaw@sbcglobal.net

21  April E. Sellers april.sellers@bakerd.com

3

Case No. C 06-3359 JF (RS)
ORDER (1) GRANTING MOTIONS FOR STAY OF EXECUTION ETC.
(JFLC2)