**E-Filed 11/25/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLASFORMS, INC.,<br><br>　　　　　　Defendant/Third-Party Plaintiff.<br><br>　　v.<br><br>CTG INTERNATIONAL (NORTH AMERICA) INC., and TAISHAN FIBERGLASS, INC.,<br><br>　　　　　　Third-Party Defendants. | Case Number C 06-3359 JF (RS)<br><br>**ORDER[1] SETTING BRIEFING SCHEDULE RE [495] OBJECTIONS TO MAGISTRATE JUDGE'S ORDER**<br><br>RE: Docket No. 495 |

　　　Third-party Defendants Taishan Fiberglass, Inc. ("Taishan") objects to Magistrate Judge Seeborg's order dated October 29, 2009, imposing a monetary sanction in the amount of $257,055.97.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 06-3359 JF (RS)
ORDER SETTING BRIEFING SCHEDULE RE OBJECTIONS TO MAGISTRATE JUDGE'S ORDER
(JFLC2)

1       Any response to the objection shall be filed on or before December 11, 2009.  The matter
2 thereafter will be submitted without oral argument.
3       IT IS SO ORDERED.

DATED:  11/24/2009

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 06-3359 JF (RS)
ORDER SETTING BRIEFING SCHEDULE RE OBJECTIONS TO MAGISTRATE JUDGE'S ORDER
(JFLC2)